UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LENNAR HOMES, LLC, a Florida limited
liability company,

        Plaintiff,

vs.                                  Case No:

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation, CONSTRUCTION
SERVICES & CONSULTANTS, INC, a foreign
corporation,

        Defendants.
_____/

## NOTICE OF REMOVAL

      Mid-Continent Casualty Company ("MCC"), a foreign corporation, respectfully sets forth its grounds for removal as follows:

      1.    This is a declaratory judgment and breach of contract action filed by the Plaintiff, Lennar Homes, LLC ("Lennar") against MCC and Construction Services & Consultants, Inc. ("CSC"), another foreign corporation.  A copy of Lennar's Complaint for Declaratory Relief, with exhibits, is attached as Exhibit "1." Lennar asserts that it is in doubt as to the parties' rights and obligations under the Commercial General Liability policy issued by MCC to its insured, CSC.

      2.    Suit was commenced on January 18, 2011 in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  MCC was served on or about February 18, 2011.

      3.    Defendant, MCC, was at all material times, including but not limited to, at the time this action was commenced and at the time the Notice of Removal was filed, a citizen of a

Case No.: _____

state other than Florida, being incorporated in Ohio, with its principal place of business in Tulsa, Oklahoma.

4. Defendant, CSC, was at all material times, including but not limited to, at the time this action was commenced and at the time the Notice of Removal was filed, a citizen of a state other than Florida, being incorporated in Minnesota, with its principal place of business in Edina, Minnesota.

5. The Plaintiff, Lennar, was at all material times, including but not limited to, at the time this action was commenced and at the time the Notice of Removal was filed, a citizen of Florida, with its principal place of business in Miami, Florida.

6. This removal is timely filed by the Defendant within 30 days of the Defendant's first knowledge that the case was removable pursuant to 28 U.S.C. §1446 (b).

7. The amount in controversy, exclusive of interest. attorney's fees and costs, exceeds $75,000. The underlying action complaint, alleges that Robert West suffered "severe injuries to his heel, wrist, shoulder, and hands." *See* Lennar's Complaint, Exhibit "C" at ¶ 16. Also, Mr. West alleges that Lennar's actions created a "serious fall hazard" which resulted in "pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical, nursing care and treatment, loss of earnings and loss of ability to earn money" and "[these] losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future." *Id*. ¶¶ 18, 21. Further, Lennar's action sues under the MCC's policy and attaches a certificate of liability of insurance containing $1,000,000 for each occurrence, and $2,000,000 for the general aggregate. *See* Lennar's Complaint, Exhibit "A." Finally, Lennar also seeks MCC to pay its attorneys fees as a purported additional insured under the MCC policy.

Case No.: _____

8. As MCC and CSC are not a citizens of the State of Florida, and the Plaintiff, Lennar, is a resident of the State of Florida, and because the amount in controversy is in excess of $75,000, exclusive of interest, attorney's fees and costs, this action is properly removable to this Court pursuant to 28 U.S.C. §1441.

9. Counsel for MCC has contacted counsel for CSC and certifies that CSC consents to the removal of this case from State to Federal Court.

10. A copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, attached as Exhibit "2."

11. By filing this Notice of Removal MCC consents to the removal of this case from State to Federal Court.

12. In accordance with 28 U.S.C. §1446(b), a copy of all process, pleadings and orders served upon Defendant are attached to this Notice.

WHEREFORE, Mid-Continent Casualty Company, respectfully requests this Court remove the action now pending against it in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted,

s/ Pedro E. Hernandez
**Ronald L. Kammer**
Florida Bar No. 360589
**Pedro E. Hernandez**
Florida Bar No. 30365
rkammer@hinshawlaw.com
phernandez@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Mid-Continent Casualty Company*

Case No.: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Facsimile and U.S. Mail on March 15, 2011, to: Thomas G. Long, Esq. and Mindy D. Yergin, Esq., Barnett, Bolt, Kirkwood, Long & McBride, 601 Bayshore Boulevard, Suite 700, Tampa, Florida 33606; and Devang Desai, Esq., Gaebe, Mullen, Antonelli & DiMatteo, 420 South Dixie Highway, 3rd Floor, Coral Gables, Florida 33146.

s/ Pedro E. Hernandez
**Pedro E. Hernandez**
Florida Bar No. 30365
phernandez@hinshawlaw.com
*Counsel for Mid-Continent Casualty Company*