# EXHIBIT "1"

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR PALM BEACH COUNTY
CIVIL DIVISION

LENNAR HOMES, LLC, a Florida limited
liability company,

       Plaintiff,

vs

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation, CONSTRUCTION
SERVICES & CONSULTANTS, INC, a
foreign corporation,

       Defendants

_____/

**50 2011CA 000743 XXXX MB**

CASE NO

DIVISION

AF

COPY
RECEIVED FOR FILING

JAN 1 8 2011

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, Lennar Homes, LLC, a Florida limited liability company (hereinafter, "Lennar"),

sues defendants, Mid-Continent Casualty Company, a foreign corporation (hereinafter, "MCC"),

and Construction Services & Consultants, Inc , a foreign corporation (hereinafter, "CSCI"),for

declaratory relief and damages and alleges

### GENERAL ALLEGATIONS

1    This is an action for declaratory relief pursuant to Fla Stat § 86 011, et seq , and for

damages in excess of $15,000 exclusive of attorneys' fees and costs

2    The plaintiff, Lennar, is a Florida limited liability company with its principle place of

business in Miami, Florida  Lennar was the builder of a residential townhome community

known as "Cielo" located in Palm Beach County

3    The defendant, MCC, is an Ohio corporation authorized to do and doing business in

Palm Beach County, Florida, with its principal place of business in Tulsa, Oklahoma

4      The defendant, CSCI, is a foreign corporation with its principal place of business in Edina, Minnesota, that was authorized to do and was doing business in Palm Beach County, Florida, at all times material hereto

5      Venue is proper in Palm Beach County, Florida because the cause of action arose in Palm Beach County, Florida when MCC refused to defend Lennar in the underlying action to this declaratory judgment, *West v Lennar Homes, LLC, et al*, Case No 502007CA007910XXXXMBAD, filed in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida on May 21, 2007 (hereinafter, the "Underlying Action")

6      Pursuant to Fla Stat §86 091 all necessary, central parties and interested persons have been joined in this suit

7      All conditions precedent to this action have occurred, have been performed, or have been waived

8      Lennar retained the law firm of Barnett, Bolt, Kirkwood, Long & McBride to represent it in this action and agreed to pay a reasonable fee for services rendered herein

9      On or about January 1, 2006, MCC issued a commercial general liability policy to CSCI, policy number 04-GL-000615981 for the policy period of January 1, 2006 through January 1, 2007 (hereinafter, the "Policy") with primary limits of liability of $1,000,000 per occurrence and $2,000,000 in the aggregate   A true and correct copy of the Certificate of Liability Insurance is attached hereto as Exhibit "A"

10     Lennar does not currently have a copy of the full policy, but it will be obtained through discovery

11     On May 6, 2010, in response to a request by Lennar to MCC for a copy of the Policy, MCC sent two (2) pages of an insurance policy, which pages are alleged by MCC to be the first

two (2) pages of the Policy    These two (2) pages contain the following relevant provisions, stated in part

Section I Coverages, Coverage A Bodily Injury and Property Damage Liability

1    Insuring Agreement
    a    We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies    We will have the right and duty to defend the insured against any "suit" seeking those damages
    b    This insurance applies to "bodily injury" and "property damage" only if
        1)    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory",
        2)    The bodily injury or property damage occurs during the policy period, and
        3)    Prior to the policy period, no insured listed under Paragraph 1 of Section II- Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part

12    During the Policy period, CSCI, MCC's insured, entered into a subcontract with Lennar to perform work as the "shell contractor" on the Premises    The subcontract between CSCI and Lennar (hereinafter the "Subcontract") specified that CSCI shall take all reasonable safety precautions with regard to the work, shall comply with all safety precautions and with all safety laws, regulations, rules or ordinances of any public authority responsible for the safety of persons or property, and shall keep a competent supervisor providing competent supervision on the construction work site at all times    A true and correct copy of the Subcontract is attached hereto as Exhibit "B"

13    The Subcontract further states that CSCI shall defend Contractor and its officers, directors, agents and employees against any claim of any kind or nature made against Contractor and its officers, directors, agents and employees by anyone as a direct or indirect result of the Work

14     In addition, the Subcontract states that Subcontractor shall indemnify Contractor and its officers, directors, agents and employees harmless from any damage, injury, loss, liability, or expense (including, but not limited to, attorney and expert fees) incurred by Contractor as a direct or indirect result of the Work

15     As a condition and requirement of the Subcontract, Lennar demanded that CSCI name it as an additional insured under the Policy

16     Pursuant to this requirement of the Subcontract, Lennar Corporation, including its subsidiaries, partners, partnerships, affiliated companies, successors and assigns, was named in the Policy as an additional insured in an endorsement to the Policy (hereinafter, the 'Additional Insured Endorsement")   A true and correct copy of Lennar's Additional Insured Endorsement is attached hereto as Exhibit "C"

17     In the Underlying Action, Lennar was sued by Robert West and Hildiana West (hereinafter, "West") for a bodily injury he allegedly suffered on the Premises while working as an Employee of CSCI   According to West's Second Amended Complaint (hereinafter, the "Complaint"), he was injured when he fell into a floor opening on the second floor of the Premises which allegedly was not properly marked and without guard rails   A copy of the Complaint in the Underlying Action is attached hereto as Exhibit "D"

18     CSCI had the responsibility to mark potentially dangerous areas and install guardrails, the absence of which allegedly caused the injuries to Robert West

19     At the time of West's fall, CSCI was in the course of their ongoing operations

20     As such, West's injury is a "bodily injury" caused by an "occurrence" during the policy period that occurred in the "coverage territory" and which was directly attributable to CSCI's performance of its work for Lennar, the additional insured

21    Lennar timely made demand on MCC, as Lennar's insurer under the additional insured endorsement, to take action to defend and indemnify Lennar as to the damages alleged in the Underlying Action   However, MCC failed and refused to take any action to defend or indemnify Lennar

22    In fact, in numerous communications with MCC, Lennar demanded a defense and indemnification of the West lawsuit, but MCC denied the claim   As a result Lennar was forced to hire and pay counsel to defend the Underlying Action   The Underlying Action is ongoing

## COUNT I – MCC DUTY TO DEFEND

23    Lennar realleges paragraphs 1 through 22, above

24    This is an action for declaratory relief pursuant to Fla  Stat  § 86 011, et seq   Lennar seeks a declaration that MCC has a duty and obligation to defend Lennar as an additional insured under the Policy for the claims brought by West in the Underlying Action

25    As set forth above, a bona fide, actual and present controversy exists between the parties as to MCC's obligation to defend Lennar under the Policy   Further, based on MCC's denial of the claim, Lennar is unsure of its rights under the Policy

26    Lennar has an actual, practical and present need for a determination of its rights under the Policy

WHEREFORE, Plaintiff, Lennar, respectfully requests this Court enter its judgment declaring that

a    Lennar is an additional insured under the Policy, and,

b    MCC has a duty to provide Lennar with a full and immediate defense, and to reimburse Lennar for all defense costs (including without limitation attorneys fees, costs, expert fees, investigative costs, and other expenses) incurred by Lennar in the Underlying Action, and, further,

02/24/2011   4:11PM (GMT-06:00)

c   Granting to Lennar its attorney's fees and costs pursuant to the Policy and/or Fla
Stat  §627 428, and such other relief the Court deems appropriate

## COUNT II – MCC DUTY TO INDEMNIFY

27   Lennar realleges paragraphs 1 through 22, above

28   This is an action for declaratory relief pursuant to Fla Stat  § 86 011, et seq  Lennar
seeks a declaration that MCC has a duty to indemnify Lennar as an additional insured under the
Policy for the damages sought and/or awarded to West in the Underlying Action

29   As set forth above, a bona fide, actual and present controversy exists between the
parties as to MCC's obligation to indemnify Lennar under the Policy  Further, based on MCC's
denial of the claim, Lennar is unsure of its rights under the Policy

30   Lennar has an actual, practical and present need for a determination of its rights under
the Policy

WHEREFORE, Plaintiff, Lennar, respectfully requests this Court enter its judgment
declaring that

a   Lennar is an additional insured under the Policy, and,

b   MCC has a duty to indemnify Lennar and pay all damages associated with the
Underlying Action, including without limitation all investigation and defense
expenses and all damages assessed against Lennar in the Underlying Action, and all
other covered costs arising out of the Underlying Action, and, further,

c   Granting to Lennar its attorney's fees and costs pursuant to the Policy and/or Fla
Stat  §627 428, and such other relief the Court deems appropriate

## COUNT III – MCC BREACH OF CONTRACT

31   LENNAR reincorporates paragraphs 1 through 22, above

490018                                                                                    6

32    MCC's breaches of its obligations to Lennar under the Policy include, but are not limited to, the failure and refusal of MCC to do one or more of the following

    a    Adequately respond to the tenders of defense and other correspondence from Lennar,

    b    Adequately investigate the allegations made in Underlying Action,

    c    Provide a defense to Lennar,

    d    Reimburse Lennar for attorneys' fees and other defense costs associated with the investigation and defense of the Underlying Action,

    e    Make any effort to settle or otherwise resolve the Underlying Action, and,

    f    Provide Lennar indemnity for the Underlying Action

33    As a result of MCC's breach of the Policy's terms, Lennar has suffered damages and continues to suffer damages

WHEREFORE, LENNAR respectfully requests that this Court enter a final judgment against MCC for damages, attorneys' fees and costs pursuant to the Policy and Fla Stat §627 428, and for all other relief that the Court deems appropriate

## COUNT IV – CSCI BREACH OF CONTRACT

34    LENNAR reincorporates paragraphs 1 through 9, and 12 through 19, above

35    CSCI breached the Subcontract by failing and refusing to provide Lennar with a defense and/or indemnify Lennar in the Underlying Action

36    As a result of CSCI's breach of the Subcontract's terms, Lennar has suffered damages and continues to suffer damages

WHEREFORE, LENNAR respectfully requests that this Court enter a final judgment against CSCI for damages, attorneys' fees and costs pursuant to the Subcontract, and for all other relief that the Court deems appropriate

02/24/2011  4:11PM (GMT-06:00)

DATED this January 13, 2011

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

_Tom Long_

Thomas G Long, Esq
Florida Bar No 367321
Mindy D Yergin, Esq
Florida Bar No 73189
601 Bayshore Boulevard
Suite 700
Tampa, FL 33606
(813) 253-2020 - Telephone
(813) 251-6711 – Facsimile
Attorneys for Plaintiff

490018

8

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

| | OP ID JT CSCI1-1 | DATE (MM/DD/YYYY) 03/01/06 |
|---|---|---|

**PRODUCER**
INNOVATIVE INSURANCE
CONSULTANTS, INC
5461 UNIVERSITY DRIVE, #103
CORAL SPRINGS FL 33067
Phone: 954-340-9551   Fax.954-340-9456

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW

**INSURED**
CSCI, INC
CONSTRUCTION SERVICES &
CONSULTANTS, INC
D/B/A G & L SHELL CONTRACTORS
2601 WEST ATLANTIC AVE
DELRAY BEACH FL 33445

**INSURERS AFFORDING COVERAGE** | NAIC #
| | |
|---|---|
| INSURER A | MID CONTINENT CASUALTY |
| INSURER B | BRIDGEFIELD EMPLOYERS IN |
| INSURER C | MARKEL INTERNATIONAL INS. |
| INSURER D | |
| INSURER E | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR $25,000 PER CLAIM PD | 04-GL-000615981 | 01/01/06 | 01/01/07 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $100,000 |
| | | | | | | MED EXP (Any one person) | $EXCL |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY X PRO-JECT LOC | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| A | | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | 04-GL-000615981 | 01/01/06 | 01/01/07 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| A | | **EXCESS/UMBRELLA LIABILITY** X OCCUR CLAIMS MADE DEDUCTIBLE RETENTION $ | 04XS142005 | 01/01/06 | 01/01/07 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | AGGREGATE | $1,000,000 |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 0830-34447 FLORIDA OPERATIONS ONLY | 06/01/05 | 06/01/06 | X WC STATU- TORY LIMITS OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| C | | **OTHER** PROPERTY CONT & COMPUTERS 1000 DED, 5% W&H | PU104296 | 12/31/05 | 12/31/06 | 10 DAYS CANC FOR | NOTICE IF NON-PMT |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
LENNAR CORP., INCLUDING ITS SUBSIDIARIES, PARTNERS, PARTNERSHIPS, AFFILIATED
COMPANIES, SUCCESSORS & ASSIGNS ARE ADDITIONAL INSURED FOR GENERAL LIABILITY
ON A PRIMARY & NON-CONTRIBUTORY BASIS. A WAIVER OF SUBROGATION FOR GENERAL
LIABILITY & WORKERS COMP IS PROVIDED IN FAVOR OF THE ADDITIONAL INSUREDS.
LENNAR HOMES INC & US HOME CORP  INCLUDED.  CONTRACTUAL LIABILITY INCLUDED

| CERTIFICATE HOLDER    LENNA18 | CANCELLATION |
|---|---|
| LENNAR CORPORATION INSURANCE COMPLIANCE DEPT P.O BOX 12010-LC HEMET CA 92546 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |

ACORD 25 (2001/08)    © ACORD CORPORATION 1988

# EXHIBIT A



JOB 261

# SUBCONTRACT AGREEMENT

CONTRACTOR'S STATE LICENSE CGC047307

**DIVISION OFFICE PALM BEACH DIVISION**

THIS SUBCONTRACT AGREEMENT ("Contract") is made and entered into at **PALM BEACH**, this **8TH** day of **JULY**, **2005** by and between

| whose address is | **LENNAR HOMES, INC**<br>**1913 NORTH STATE ROAD 7**<br>**ROYAL PALM BEACH, FL 33411**<br>**(561) 790-0202** | (herein called "Contractor") |
| --- | --- | --- |
| and | | |
| whose address is | **CONSTRUCTION SERVICES & CONSULTANTS, INC.**<br>**2201 WEST ATLANTIC AVENUE**<br>**DELRAY BEACH, FL 33445-4635**<br>**Telephone number (561) 330-7153** | (herein called "Subcontractor") |

WHEREAS, Contractor has or is about to commence the construction of

located at:                                                                          **CEILO**

herein called "Community" located in                    **PALM BEACH GARDENS, FL**

pursuant to plans and specifications prepared by **Exhibit "A"**, and any subsequent revisions thereto, herein collectively called "Plans and Specifications" which plans and specifications are incorporated herein by this reference

NOW, THEREFORE, it is agreed by and between the parties hereto as follows:

**PERFORMANCE OF THE WORK.** Subcontractor agrees to furnish all labor, materials, equipment, supplies, supervision and all other things necessary to efficiently perform and timely complete in strict accordance with the Plans and Specifications, in accordance with the HIGHEST TRADE PRACTICES and in a manner satisfactory to the Contractor, that portion of the Community referred to as **BUILDING SHELL** as well as any amendments to this Contract, (herein collectively called the "Work"). Subcontractor, by acceptance of this Contract, shall guarantee the availability of all materials, labor and equipment necessary to complete the Work according to the established construction schedule of Contractor Subcontractor will pay promptly all fees, taxes, union welfare and benefit payments, deposits, charges, damages and penalties that may be assessed against Contractor on account of Subcontractor's performance hereunder, and Subcontractor acknowledges that all such taxes and payments have been included in the Contract Price. All possible contingencies to perform a complete job have been anticipated and included in the Contract Bid

The purpose of this Agreement is to fix the obligations of Contractor and Subcontractor as to the performance by Subcontractor of certain described Work  Subcontractor acknowledges that this Agreement is nonexclusive and that Contractor is free to contract with any other person or entity for the performance of Work which is the same or similar to that described in this Agreement. This Agreement shall not be construed as obligating Contractor to accept bids or issue Work Notification Forms, as defined below, to Subcontractor  Subcontractor also acknowledges that the terms and provisions of this Agreement apply to and are binding on only the Division of Contractor named herein or any successor to such Division

1 1 **INSPECTION.** Subcontractor acknowledges inspection of the site for the Work and has thoroughly examined the Plans and Specifications with the understanding that the provisions relating to the Work may be set forth throughout different parts of the Plans and Specifications, it being the prime purpose of this Contract to provide for the entire performance and completion of this Subcontractor's particular portion of the Community  Subcontractor shall be solely responsible for verifying with Contractor's representative that it possesses the most current set of Plans and Specifications prepared and approved for construction by Contractor  If Subcontractor, during the performance of the Work finds discrepancies between the Plans, physical conditions, errors and omissions in the plans or in the layout as given and/or Specifications, it shall be Subcontractor's responsibility to immediately notify Contractor in writing  Any work performed after such discovery, until authorized to proceed, shall be done at Subcontractor's risk, until a satisfactory remedy is directed by the Contractor  The plans shall always remain the property of Contractor, and may not be used by Subcontractor for any purpose other than the performance of the work  Prior to ordering any materials or performing any work, Subcontractor shall verify all measurements or conditions at the Community, and shall be responsible for the correctness of same  No extra charge or compensation shall be allowed on account of differences between actual dimensions or conditions, and the measurements and conditions which may be found as indicated in the Plans and Specifications. The soils and geology reports available to each bidder were prepared by Contractor's consultants and are made only for the purpose of study and design, Contractor assumes no responsibility whatsoever in respect to the sufficiency or accuracy of the reports, investigations or of the borings which have been made, and there is no warranty or guarantee, either express or implied, that the conditions indicated by the reports, investigations, or borings are representative of those existing throughout the Community, that unanticipated developments may not occur, or that materials other than, or in proportions different from those indicated, may not occur  Subcontractor agrees to undertake the Work subject to all site conditions as they now exist or may arise.

1.2 **PROGRESS.** Subcontractor agrees to (i) keep itself thoroughly informed as to the progress of the Community, (ii) begin the Work upon request of Contractor, (iii) diligently pursue the Work to completion as rapidly as the conditions of the Community will permit, (iv) efficiently coordinate its Work with that of Contractor and all other subcontractors so as not to interfere with, disrupt or delay the progress required to conform to the Community completion date designated by Contractor  Contractor may, but shall not be obligated to, furnish Subcontractor with a progress schedule for all or any portion of the Work which if furnished, may be amended from time to time by Contractor and shall be considered a part of this Contract. As to that portion of the Work covered thereby, such schedule shall control over any other provision of this Contract regarding time for performance  Time for performance, whether established by progress schedule or any other provision hereof, shall be of the essence and Subcontractor shall be liable to Contractor for any and all damages, including, but not limited to, consequential damages caused by delays of Subcontractor  Subcontractor shall check its message box daily (such message boxes are located in the Contractor's jobsite office)  If, however, the Community is destroyed by fire or other catastrophe, Subcontractor will be paid for work performed and incorporated into the Community prior to the catastrophe, and both parties shall thereafter be relieved from any further obligation hereunder  Subcontractor shall confine all operations at the site to areas permitted by law, ordinance, permits and Contract Documents, and shall not unreasonably encumber the site with materials or equipment.

*CONSTRUCTION SERVICES & CONSULTANTS, INC.*
Vendor# 472196
Subcontractor's initials DH



EXHIBIT
B

CEILO
Licensed# 69260411
Contractor's initials  JUL 2 1 2005

# EXHIBIT B

**1.3  SPECIFICATIONS.**  In addition to the Plans and Specifications, Subcontractor shall adhere to any and all manufacturer's specifications for installation of materials.  Subcontractor shall deliver to Contractor any and all applicable manufacturer's warranties on materials furnished pursuant to this Contract when the Work is completed or the Contract is terminated, whichever is sooner.  If there is any conflict between Contractor's Specifications and the manufacturer's specifications, it is the responsibility of Subcontractor to bring the discrepancy to Contractor's attention in writing.  Subcontractor's further work done without first resolving such conflict shall be at its own risk.  Attached hereto as Exhibit "C" is Contractor's Scope of Work, which is hereby incorporated by this reference, and Subcontractor shall adhere to the terms and specifications thereof in performing the Work. Any deviation from either the manufacturer's specifications or Contractor's Scope of Work will result in Subcontractor removing and replacing all materials to the manufacturer's specifications and Contractor's Scope of Work at no cost to Contractor.

**1.4  WORK OF OTHERS.**  Subcontractor shall protect the work of all subcontractors and Contractor during the course of its work and shall be fully responsible for the protection of all existing structures, curbs, landscaping and adjacent property.  Subcontractor and its employees shall cooperate with all trades.  Subcontractor shall be responsible for inspecting any work of any other subcontractor that may affect its own Work and shall report, in writing to Contractor any defects in such work or any other discrepancies or problems which could adversely affect Subcontractor's work within twenty-four (24) hours after discovering the defect, discrepancy or problem, or after it should have been noticeable, whichever occurs earlier.  Subcontractor shall stop all of its work until the defect, discrepancy or problem has been resolved.  If the proper performance of any part of the Work depends upon the performance by Contractor or any other subcontractor whose work precedes in time the Work of Subcontractor, Subcontractor agrees that commencing performance of such part of the Work shall be deemed to be an admission that the work which precedes such part of the Work has been done in a proper manner and Subcontractor accepts such work as correct and fit to be accommodated into its case.  No such acceptance shall be implied if the defect does not occur or is not noticeable until after Subcontractor has completed its own work.  If Subcontractor installs any work over improper workmanship previously installed by other trades, Subcontractor will absorb all repair costs necessary to repair any prior work deemed inferior by Contractor.  Subcontractor shall be responsible for any damage that may be sustained by the Contractor or others for incorrect location of the work or portions thereof.

**1.5  PHASING.**  The parties hereto acknowledge that the Work covered by this Contract is intended to be performed in more than one phase.  If, in order to avoid possible escalation in the cost of materials provided by the Subcontractor as part of the work covered by this Contract, Subcontractor elects to purchase such materials in advance of any particular phase or Start Release of the Community commenced by Contractor, then Subcontractor acknowledges that it is purchasing such materials at its own risk and that Contractor shall not pay nor be liable for the cost of such materials purchased by the Subcontractor unless and until such applicable phase or Start Release of the work in which such materials are to be incorporated commenced and such materials are either incorporated into such work of improvement.  Subcontractor further agrees that in the event subsequent subcontracts or amendments are entered into between the parties for subsequent phases of construction on the Community, the prices quoted by Subcontractor for labor and materials on this phase of the Community shall be the same for the subsequent phases until sixty (60) days following written notice of an increase in labor or material prices.  In the event subsequent phases of the Community are contracted without sixty (60) days' prior written notice from Subcontractor of price increase, Subcontractor agrees the subsequent subcontract shall be at the prices prevailing between Contractor and Subcontractor at the time of this Contract.

**1.6  WORK NOTIFICATION FORM.**  In conjunction with this Agreement, Contractor may issue a written order to Contractor specifying certain Work to be performed and time for completion at each specific job location.  The term Work Notification Form shall include forms designated "Work Order", "Job Start Order", "Extra Work Order" and other similar designations and containing certain information about commencing such Work and the payment for such Work.  Subcontractor shall have no authority to commence Work at any job location until it has received a Work Notification Form for a specific job location.  It shall be Subcontractor's responsibility to obtain a Work Notification Form before beginning any Work at a specific job location.  In the event Subcontractor's proposal, estimate or similar document is attached to or referenced in a Work Notification Form issued by Contractor, only those terms which define or identify the work to be performed by Subcontractor shall be incorporated as part of the Work Notification Form or this Agreement, and any remaining portions of Subcontractor's proposal, estimate or similar document shall not be considered part of the Work Notification Form, this Agreement, or any agreement between Contractor and Subcontractor.  No substitutions shall be allowed in the performance of the Work unless expressly provided in the plans, specifications or applicable Work Notification Form, and only then upon Subcontractor first receiving all approvals required from Contractor for substitutions.  Subcontractor shall indemnify Contractor for all loss, damage and expense incurred as a result of such substitutions, whether or not Subcontractor has obtained approval thereof.

**2.  LABOR AND SUPERVISION.**  Subcontractor shall at all times keep on the construction site and throughout the performance of this Contract, competent supervision together with all necessary assistants and employees.  Subcontractor's Superintendent shall be knowledgeable as to the Scope of Work attached hereto as Exhibit "C".  Subcontractor's Superintendent shall have full authority to act for Subcontractor in matters pertaining to this Contract and the performance of the Work hereunder.  The Subcontractor's Superintendent shall remain in attendance at the site and shall be present at all times when work of any kind is being performed, including work done during overtime.  Subcontractor's Superintendent shall be satisfactory to Contractor, and shall not be changed except with the consent of Contractor, unless the Superintendent proves to be unsatisfactory to Subcontractor and ceases to be in its employ.  Superintendent shall represent the Subcontractor, and all communications given to the Superintendent shall be as binding as if given to Subcontractor.  Subcontractor shall at all times enforce strict discipline and good order among its employees and shall not employ any unfit person or anyone not skilled in the task assigned to that employee.  Subcontractor shall remove from the jobsite and replace any employee, including Subcontractor's Jobsite Superintendent, upon request of Contractor.  Subcontractor shall provide an English-speaking Superintendent on the Community at all times.

**3.  LEGAL COMPLIANCE.**  Subcontractor warrants and represents it is familiar with all applicable laws, ordinances, codes, rules, standards and regulations and that it, its employees, and all others acting under its direction or control, shall at all times comply with and abide by all local, state and federal statutes, ordinances, rules and regulations, and any amendments thereto, as well as those of any other public body having authority concerning the Work, including but not limited to, the building codes of the governmental entity having jurisdiction over the Community, FHA Minimum Property Requirements, VA building code requirements, the Occupational Safety and Health Act of 1970, the Immigration Reform and Control Act of 1986 (the "Immigration Act"), all applicable equal employment opportunity laws and requirements promulgated by any governmental authority, including, without limitation, the requirements of the Civil Rights Act of 1964, 42 United States Code, Section 1983, Executive Orders 11246, 11375 and 11478, The Age Discrimination in Employment Act, the Americans with Disabilities Act, and any other applicable statute or ordinance.  Subcontractor shall exercise full responsibility for compliance with all applicable laws by Subcontractor, its agents employees, suppliers and subcontractors with respect to its portion of the Work on the Community.  Subcontractor, on its behalf and on behalf of its employees and agents, shall receive and respond to, defend and be responsible for any citation, order, claim, charge, criminal or civil actions, arising by failure of Subcontractor or its agents, employees, suppliers and subcontractors to so comply, regardless of whether such non-compliance results from active or passive acts or omissions or whether such non-compliance is the sole or a contributory cause of any of those matters against which Subcontractor is obligated hereunder to indemnify and hold Contractor harmless.

**3.1  IMMIGRATION.**  Subcontractor specifically warrants and agrees it does not and shall not knowingly hire or continue to employ aliens not authorized to work in the United States, it has and shall continue to verify the employment documentation specified in the Immigration Act, and it has and shall properly complete and retain the Immigration and Naturalization Service's Form I-9 for all its employees covered by the Immigration Act.

CONSTRUCTION SERVICES & CONSULTANTS, INC.
Vendor# 472198
Subcontractor's Initials _____

2

CELLO
Contract# 69260411
Contractor's Initials _____   JAN 2 1 2005

**3.2 PATENT AND COPYRIGHTS.** Subcontractor shall assume all liability and responsibility for all royalties, licenses, patent fees and any other charges made in connection with the use of patented processes upon the work or in connection therewith.

**3.3 ENVIRONMENTAL.** Subcontractor shall, prior to commencing the Work, identify to Contractor in writing all hazardous or toxic substances to be used in performing the Work or to be brought onto the Community by Subcontractor, and shall provide Material Safety Data Sheets ("MSDS") to Contractor for those substances. Failure to supply such documentation to Contractor shall result in a hold on all payments under this Contract until such documentation is supplied. All work, labor, services or materials necessary to comply with this Section will be furnished by Subcontractor as part of this Contract without any additional compensation. Subcontractor shall immediately identify to Contractor in writing all hazardous or toxic substances discovered during the performance of the Work omitted from any previous notification(s) and promptly provide the MSDS on those substances to Contractor

3.3.1 Subcontractor shall immediately notify Contractor of any spill, release or discharge of any listed chemical caused by or brought to the attention of Subcontractor or any of Subcontractor's partners, employees, agents, subcontractors, customers, invitees or suppliers, whether such spill, release or discharge is the result of an intentional act, negligence, accident or misfortune. As to any spill, release or discharge of a listed chemical which is caused by Subcontractor or any of Subcontractor's partners, employees, agents, subcontractors, customers, invitees or suppliers, whether caused intentionally, negligently or accidentally, Subcontractor shall immediately take all reasonable and necessary actions to prevent the further spread of any spill, release or discharge of a listed chemical which is brought to the attention of Subcontractor Subcontractor shall take immediate action to clean up said spill, release or discharge in full compliance with all applicable laws and regulations and any directions from Contractor, at Subcontractor's expense

**3.4 SAFETY.** Subcontractor shall take all reasonable safety precautions with regard to the Work, shall comply with all safety precautions, and with all safety laws, regulations, rules or ordinances of any public authority responsible for the safety of persons or property. Subcontractor shall report all injuries to its employees at the jobsite to Contractor at Contractor's office address listed above within eight (8) hours of the injury. Subcontractor acknowledges its failure to adhere to Contractor's safety policies and job rules after written notice may result in Subcontractors removal from the job site and termination of this Contract. Subcontractor agrees to cooperate with all health and safety programs, and rules promulgated by Contractor, in furtherance of Subcontractor duties under the Occupational Health and Safety Act. Subcontractor further agrees that, if in the opinion of Contractor, the health and safety of any person or persons is endangered, or the effective operation of the systems put in place to ensure the health and safety of any worker on the jobsite is not being implemented Contractor may take such action as it deems necessary and appropriate under the circumstances present, including, without limitation, the following

- Contractor may require Subcontractor to remedy the condition immediately at its own expense
- Contractor may shut the site down in whole or in part until the condition is remedied
- Contractor may remedy the condition at its own expense and backcharge the Subcontractor for the remedial cost of such work, together with an appropriate charge for Contractors overhead, to be determined by Contractor in its sole discretion and/or
- Contractor may terminate the Contract without further liability to Subcontractor, and may hold subcontractor fully liable for any losses incurred by Contractor as a Result of such termination
- Contractor shall be entitled to recover fines assessed by any governmental body due to Subcontractor's violation of any terms of this Agreement.

**3.5 STORM WATER COMPLIANNCE** Subcontractor shall comply with Contractor's Storm Water Pollution Prevention Plan ("SWPPP"), applicable storm water permit ("Permit"), and Contractor's Storm Water Compliance Guidelines ("Guidelines") Subcontractor shall implement the Best Management Practices ("BMPs"), set forth in the SWPPP, for any work that it performs on the job site A copy of the SWPPP, Guidelines and Permit are available at the construction office. Contractor shall be entitled to recover from Subcontractor all fines, fees, expenses and other penalties assessed by any governmental body due to Subcontractor's violation of the Permit or its obligations herein SUBCONTRACTOR HEREBY AGREES TO INDEMNIFY, DEFEND AND HOLD HARMLESS CONTRACTOR FROM AND AGAINST ANY AND ALL CLAIMS, DAMAGES ATTORNEYS' FEES, EXPENSES, OR LIABILITIES OF ANY TYPE OR NATURE, INCLUDING WITHOUT LIMITATION, ANY AND ALL FINES OR OTHER PENALTIES, CIVIL OR CRIMINAL, ARISING OUT OF ANY VIOLATION OF THE PERMIT OR ANY OF SUBCONTRACTOR'S OBLIGATIONS HEREIN, CAUSED IN WHOLE OR IN PART, BY THE WRONGFUL ACTS OR OMISSIONS OF SUBCONTRACTOR, OR OTHERWISE CAUSED IN WHOLE OR IN PART BY SUBCONTRACTOR'S FAILURE TO COMPLY WITH THE OBLIGATIONS IN THIS PARAGRAPH Contractor acknowledges that failure to adhere to the requirements of the SWPPP, Guidelines or Permit constitutes a material default of its contractual obligations herein, and Contractor may, without prejudice to any other right or remedy, remove Subcontractor from the job site, terminate this Contract, and retain a separate subcontractor to complete Subcontractor's obligations in this contract (the "Completion Subcontractor) In the event of termination, subcontractor shall be entitled to receive no further monies unless and until the Subcontractor's scope of work is completed by the Completion Subcontractor

**4. JOB RULES.** Subcontractor hereby acknowledges it has read, and will comply with Contractor's Code of Safe Practices and has been informed of and will comply with Contractor's policies concerning safety, reasonable restrictions on use and access to the construction site by unauthorized personnel and the rules and policies concerning Contractor's prohibition of solicitation or distribution on the Community, which are as follows

4.1 Contractor has posted "No Trespassing" signs in conspicuous and appropriate places through the construction site. The structures being built are located on private property. Because Contractor may be held accountable for any injuries to persons or property occurring on the jobsite, access to the construction Community by unauthorized persons, i.e., members of the general public or off-duty employees or family members of Subcontractor's employees, is strictly prohibited Subcontractor acknowledges the posting of Contractor's "no trespass", "no solicitation" and "no distribution" signs, and acknowledges that the construction is occurring on private property under exclusive control and care of Contractor Moreover, Subcontractor agrees to abide by these reasonable rules and procedures and contractual language to the contrary contained in agreements between Subcontractor and any labor organization. Subcontractors who may be working on the Community have no authority, contractual or otherwise, to permit access to the construction site to any unauthorized persons, including solicitors, sales persons, off-duty employees, or officials of any labor organization. In the event unauthorized persons do enter the construction site in contravention of this statement of policies and procedures, Contractor shall regard such entry as an unlawful trespass.

4.2 Hard-hats are required for all employees of Subcontractor having an exposure to overhead falling or flying objects or electrical hazards. It is the responsibility of the Subcontractor to insure any Personal Protective Equipment required to perform this work in accordance with OSHA requirements is provided and used by its employees

4.3 The consumption of alcohol or illegal substances on the jobsite WILL NOT BE TOLERATED, AND IS CAUSE FOR IMMEDIATE TERMINATION OF THIS CONTRACT No alcoholic beverages or illegal substances are allowed on job site at any time Anyone found under the influence of alcohol or a controlled substance will be removed from the job site at once.

*CONSTRUCTION SERVICES & CONSULTANTS INC.*
Vendor# 472195
Subcontractor's Initials ___

3

*CEILO*
Contract# 6926011
Contractor's Initials ___
JUL 2 1 2005

Continued abuse of this requirement by Subcontractor or its employees shall be considered grounds for termination of the Contract.

4.4 No animals shall be allowed on the job site. Subcontractor is asked to inform employees of this rule before work commences so as to eliminate any hardship on pets in the event they must be removed from the job site.

4.5 All traffic laws, ordinances, rules and regulations shall be observed by subcontractors and their employees on the job site and within the Community. The speed limit within the Community is 5 MPH. Subcontractor and its employees shall not speed or otherwise operate their automobiles in a dangerous or offensive manner within the Community.

4.6 Subcontractor agrees there shall be no parking of construction vehicles on finished lots, finished driveways, or in garages.

4.7 Contractor will provide portable toilet facilities for the use of Subcontractors employees. Use of bathroom facilities in model or production homes is prohibited.

4.8 No eating, drinking or smoking is permitted in any home at any time.

4.9 Subcontractor's personnel shall not set tools, machinery, materials, or trash on any countertops, bathtubs, vinyl or ceramic areas.

4.10 Subcontractor is prohibited from performing any additional work for any of Contractor's homebuyers or prospective homebuyers at any time prior to closing without express prior written approval from an officer of Contractor at the office address listed above. Non-approved work will be removed at Subcontractor's expense, and continued violation of this rule will result in the termination of the Contract.

4.11 Neither Subcontractor nor any partner, director, employee or agent of Subcontractor shall, without specific written authorization of Contractor, give or receive any commission fee, rebate, gift or loan of significant cost or value to any person or entity in connection with or as a result of Subcontractor's Work provided hereunder, including without limitation to any officer or employee of any government, department, agency or instrumentality, to influence any decision, or to gain any other advantage for Contractor or Subcontractor. Subcontractor shall not enter into any business arrangement with any partner or employee of Contractor, or any affiliate of the same other than as a representative of Contractor or such affiliate in accordance with this Contract and with the prior written approval of Contractor or without limitation to engage in any employment or enter into any contract or agreement that conflicts with Subcontractor's obligations under this Contract.

**5. EQUIPMENT.** Should Subcontractor or its employees use Contractor's or any other subcontractor's equipment, scaffolding or other facilities. It is understood and agreed such use shall be at Subcontractor's sole risk, and by the use thereof, Subcontractor hereby waives all claims and liability against Contractor, assumes the full risk of the operation thereof and assumes full responsibility for any and all loss, cost, expense, damage, or injury, including reasonable attorneys' fees, arising therefrom. Security may, at Contractor's discretion, be utilized at various times during the course of construction. This, however, will not constitute acceptance of or responsibility for the security and safekeeping of Subcontractor's equipment or materials by Contractor. Subcontractor shall protect materials supplied by it from any source and the work to be performed by it pursuant to this Contract, and shall at all times be responsible for the good condition thereof until final completion of all work to be performed by Contractor and its subcontractors. In no event shall Contractor become responsible for loss or damage to the Work or materials belonging to, supplied by or under the control of Subcontractor.

**6. CLEAN UP.** Subcontractor agrees to clean up and remove all its debris, rubbish, hazardous or toxic discharges and surplus materials as the Work progresses and to keep its own Work protected from damage by the elements and from damage likely to be occasioned in the performance of the Work. Subcontractor agrees to place all trash in bins on a daily basis. Subcontractor agrees to protect all other parts of the Community from damage likely to be caused by Subcontractor's Work. Should any such damage occur, Subcontractor agrees to immediately repair the same. Any default of Subcontractor in any such cleaning or protection from damage, may be remedied by Contractor, and the cost thereof deducted [at a rate of $50.00 per hour for Subcontractor's labor] from the Contract Price. Please refer to the Trash Removal and Clean-Up Scope of Work. ~~and~~ ____ _Addendum Section 3._ 08 NJ

**7. INSURANCE.** Prior to execution of this agreement, Subcontractor agrees to procure and maintain at its own expense, AUG 1 8 2005 insurance set forth in Exhibit "D" hereto, which requirements are incorporated by this reference as though set forth in full herein.

**8. WARRANTY.** Neither the final payment nor any provision in the Contract documents shall relieve Subcontractor of responsibility for faulty materials or workmanship. In addition to the specific guarantees required by the Scope of Work and the Specifications for the Work, Subcontractor guarantees all the work to be performed and all the materials to be furnished under the Contract against defects in material or workmanship, at its own expense and without cost to Contractor, for a period beginning at the date Contractor conveys title of the subject of the work to a purchaser, and continuing from such date until the last of the following to occur: (1) one year, (2) the duration of any limited written warranty given by Contractor to such purchaser, or (3) the duration of any applicable common law, state or federal statutory warranties. It is the policy of Contractor to provide each homebuyer with an Orientation tour of his or her prior to close of escrow, and all items noted during such Orientation as needing correction should be corrected before the homebuyer closes escrow. Accordingly, Subcontractor shall complete all Orientation correction items promptly upon receipt of notice from Contractor and in any event within forty-eight (48) hours of receipt of such notice. With regard to non-Orientation warranty items, Subcontractor shall make contact with the homeowner within twenty four (24) hours of the original notice from Contractor and complete the corrective work within five (5) working days from homeowner contact. In the event of an emergency, Subcontractor agrees to respond and repair or replace any defective work or materials within eight (8) hours from receipt of such notice. In addition, a seven (7) days-a-week and a twenty-four (24) hour on-call emergency service must be provided by subcontractors providing roofing, plumbing, electrical and HVAC.

**8.1 APPOINTMENTS.** Subcontractor will be required to give the homeowner notification that the homeowner's warranty service call will be within a four (4) hour period in either the morning or the afternoon. Should Subcontractor agree to make warranty repairs to a specific home, and fail to keep its appointment with the homeowner, without giving at least 24 hours' notice of cancellation to the homeowner, or does not keep such appointment within the set four (4) hour period, Subcontractor acknowledges that its actions will cause damage to the reputation of Contractor, and may damage the relationship of parties therefore agree that such liquidated damages, and not as a penalty, Subcontractor will pay Contractor the sum of $250.00 for every appointment it misses or is over four (4) hours late in keeping for warranty service calls. Subcontractor further agrees that the amount of such liquidated damages may be backcharged against any then open contract between Contractor and Subcontractor.

**8.2 FAILURE TO PERFORM WARRANTY SERVICE.** In the event Subcontractor fails to repair or replace any work or materials after receiving reasonable notice of Contractor's request to repair or replace the same, Contractor may, at its sole option and discretion, elect to repair or replace such work or materials, and hold Subcontractor liable for such repair or replacement (including any administrative costs incurred by Contractor), and may backcharge or withhold the cost of such repair or replacement from any account then payable by Contractor to Subcontractor. Nothing in the foregoing provision shall, in any manner diminish or defeat any legal right Contractor may have to proceed against Subcontractor, including but not limited to the right to recover for latent defects.

CONSTRUCTION SERVICES & CONSULTANTS, INC.
Vendor# 472198
Subcontractor's Initials _____

CEDO
Contract# 59250411
Contractor's Initials _____ AUG 1 8 2005

4

**9   CHANGES TO THE CONTRACT.** Contractor shall have the right at any time, by a written contract addendum signed by Contractor, to make changes in any one or more of the following parts of this Contract: (a) the Plans and Specifications, (b) the Scope of Work, or (c) the time for performance of all or any portion of the Work. If any such addendum causes an increase or decrease in the cost of or the time required for the performance of any part of the Work, equitable adjustment will be made in the Contract Price or the time for performance or both, and any modification to the Contract shall be in writing and signed by the parties hereto. Any claim by Subcontractor for adjustment under this paragraph must be submitted to Contractor in writing within ten (10) days from the date of receipt by Subcontractor of notification of change. Nothing contained herein shall excuse Subcontractor from proceeding with the Work as changed even though a mutually agreed price or time for performance change has not been reached. No extra allowances will be made to cover any costs in excess of the Contract Price unless initialed by Contractor using a "Contract Addendum" for those changes that will affect all future homes of that model type or a "Purchase Order" form for those changes specific to one situation only. This forms will describe the "Extra Work" being requested and will be signed by the authorized representative of Contractor. Contractor will initiate payment for "Contract Addendum" changes by issue of a revised pre-printed pay voucher. For "Purchase Order" changes, the Subcontractor shall attach an invoice for the work to the "Purchase Order" form, along with any appropriate lien releases, prior to submitting for field approval and payment. If Subcontractor is receiving a Back-Charge, it will be initiated by Contractor's Superintendent using the "Backcharge Invoice Form". This Back-Charge will indicate the work completed along with any backup documentation which may apply. Any deviation by Subcontractor of above procedure may result in delay or forfeiture of payment.

**10   PAYMENT.** Contractor agrees to pay Subcontractor for the full and faithful performance of the Work the sum as shown on the schedule set forth in Exhibit "B" (the "Contract Amounts / Draw Schedules") attached hereto and incorporated herein by this reference

Contractor will make contract payments to Subcontractor in accordance with the following procedure

    10.1 Subcontractor shall present Contractor with a complete billing package comprised of:  (a) a properly executed pre-printed pay voucher tied to and matching Exhibit "B", (b) Subcontractor Quality Check List form as distributed by Contractor, (c) lien releases from Subcontractor's suppliers, vendors or subcontractors on appropriate Contractor's forms, in each case, for all work performed on the pay vouchers submitted. Lien releases will be required on all Subcontractor's suppliers, vendors or subcontractors that file a Notice to Owner and may be required for all such third parties at the sole discretion of the Contractor

    10.2 Contractor will pay thirty (30) days from receipt of Subcontractor's correctly submitted billing package

    10.3 Contractor shall retain ___0___ percent of the total Contract Price pursuant to Exhibit "B"

    10.4 If applicable, the retained percentage shall be paid within thirty-five (35) days after completion and acceptance of the Work by Contractor, the City or County having jurisdiction over the Work, the Federal Housing Administration or Veterans Administration, if applicable, and other inspectors having the duty and obligation to inspect the construction of the Community and Subcontractor's full and faithful performance of all other provisions of this Contract including, but not limited to, Articles Six and Eight.

    10.5 Contract payments will be made only if Subcontractor's progress and workmanship are acceptable to Contractor which acceptance shall not be unreasonably withheld. Subcontractor, by executing the pre-printed pay voucher does thereby furnish Contractor a release stating all labor, materials and other items used by Subcontractor in the performance of the Work has been paid in full or will be paid in full upon receipt of the payment then being requested. If requested to do so by Contractor, Subcontractor shall execute any other documentation reasonably necessary to ensure the lien-free status of the property with respect to the performance of the Work.

    10.6 The parties hereto agree that all funds paid Subcontractor shall first be used by Subcontractor to discharge obligations incurred by Subcontractor in performance of the Work and the funds shall not be used for any other purpose. The obligations referred to herein shall be those which, if not satisfied, would or could eventually be an obligation of Contractor or which would or could result in subjecting the Community to a mechanic's lien or other encumbrance on the real property upon which the Community is being constructed

    10.7 If at any time during the progress of the Work there should be evidence of any lien, stop notice or claim for material or equipment furnished or work performed pursuant hereto for which Contractor or its property may become liable Contractor shall have the right to retain money due Subcontractor hereunder or under any other contract with Subcontractor, an amount sufficient to make Contractor whole against any such lien or claim and to pay such monies as Contractor reasonably believes to be due to such claimants, either by joint check with Subcontractor or by payment directly to such claimant(s)

    10.8 Any authorized extra labor shall be paid at a rate negotiated in advance of the work being done. All billing requests for extras will be paid only if the complete billing packages are submitted within thirty (30) days after the completion of the extra work for which payment is being requested. All other requests for payment pursuant to this Contract will be paid only if the complete billing package for such work is submitted within sixty (60) days after the completion of the work for which payment is being requested. Payment requests not complying with the invoice submission periods set forth above will not be paid

    10.9 Subcontractor shall have no right to receive any further payment after default by it of any term of this Contract until such time as the Work performed by Subcontractor is completed and accepted by Contractor, the default is cured and Contractor's damages have been indemnified by Subcontractor

**11   ASSIGNMENT OF THE CONTRACT BY SUBCONTRACTOR.** Subcontractor shall not assign this Contract or any part thereof, or assign any monies due or to become due hereunder without first obtaining the prior written consent of Contractor.

**12.   SUBCONTRACTOR'S FAILURE TO PERFORM.** In addition to Contractor's other remedies set forth elsewhere in this Contract for Subcontractor's failure to perform its obligations under the Contract, upon the occurrence of any one or more of the following events and the continuation thereof for a period of twenty-four (24) hours following written, faxed or oral notice thereof by Contractor to Subcontractor:

    12.1.1 Subcontractor fails to complete the whole or any portion of the Work in a timely manner, or in the opinion of Contractor, Subcontractor is not making sufficient progress with the Work, either due to lack of material, personnel or otherwise,

    12.1.2 Subcontractor or any subcontractor or supplier of Subcontractor become delinquent in contributions or payments required to be made to any Welfare, Pension, Vacation, Apprenticeship or other employee benefit program or Trust,

    12.1.3 Contractor or any other subcontractor shall be unable to proceed with the Community because of any action by one or more employees of Subcontractor or any subcontractor or by any person or labor organization purporting or attempting to represent any employee of Subcontractor or any subcontractor, or the presence of Subcontractor or its subcontractors on the Community causes any labor relations problems, including but not limited to picketing, strikes, slowdowns or interference with the operations of Contractor.

*CONSTRUCTION SERVICES & CONSULTANTS INC.*
Vendor# 472198
Subcontractor's Initials ___

5

*CELO*
Contract# 69260
Contractor's Initials ___   AUG 8 2005

12.1.4    Subcontractor fails to remedy any defect of material or workmanship furnished by it when and as required by Contractor;

12.1.5    Subcontractor is unable to pay debts as they mature or makes any assignment for the benefit of creditors or in the event any petition is filed by or against Subcontractor under the Bankruptcy Act;

12.1.6    Subcontractor fails to comply with Contractor's Codes of Safe Practices or Job Rules;

12.1.7    Subcontractor substitutes materials without Contractor's written consent

12.1.8    Subcontractor assigns its obligations or any part thereof, to another subcontractor or supplier without Contractor's prior written consent, or

12.1.9    Subcontractor violates any other provision of this Contract,

12.10    Subcontractor does not make prompt and proper payments for labor, services, work, materials or equipment furnished by third parties to it.

12.11    Another contractor is damaged by an act for which Subcontractor is responsible

12.12    Subcontractor or any third party furnishing labor, services, work, materials, equipment, tools or other items for the Work files any claim or lien against the property where the Work has been performed and such claim or lien has not been discharged or resolved within twenty-four (24) hours after notice thereof to Subcontractor and Subcontractor has not posted a discharge bond within this twenty-four (24) hour period

12.13    Subcontractor fails to perform warranty service under this Agreement or any other prior or contemporaneous subcontractor agreement with Contractor

12.14    Contractor is fined by any governmental agency on account of or arising out of Subcontractor's (or its subcontractors or agents) violation of any law, ordinance, regulation, administrative ruling and/or court order

Contractor may, without further notice to Subcontractor, terminate this Contract in whole or in part and, either through its own employees or through any subcontractor of its choice, complete the portion of the Work terminated or remedy such defect of material or workmanship and upon such termination Subcontractor shall be liable to Contractor for any and all loss damage or expense, directly or indirectly suffered by Contractor from such failure by Subcontractor, including, but not limited to, any liquidated damages imposed upon the Contractor and reasonable attorneys' fees incurred or paid by Contractor. The costs incurred by Contractor as a result of the above actions may be deducted from this Contract or any other contract then extant with Subcontractor. Should the amount or balance due on this Contract be insufficient, Contractor may collect the deficiency by legal process in the event Contractor must use its own labor to complete all or any portion of the Work of this Contract, including but not limited to warranty service work, Contractor's labor shall be charged at the rate of fifty ($50) dollars per hour. If Contractor, through its own employees or through any such subcontractor of its choice completes the Work pursuant to the provisions of this paragraph it may use or permit any such subcontractor to use all material and equipment of Subcontractor on the site on the date of giving such notice

12.2    In the event of Subcontractor's failure to make satisfactory progress with the Work, Contractor may also, without terminating the Contract, furnish or cause to be furnished the necessary materials or employ or cause to be employed the necessary workmen to remedy the situation at the expense of Subcontractor and all material and equipment of Subcontractor on the site, may at the option of Contractor, be used by Contractor or its additional subcontractors. The costs incurred by Contractor as a result of the above actions shall be charged against Subcontractor and Contractor may deduct same from this Contract, or any other contract then extant with Subcontractor. Should the amount or balance due on this Contract be insufficient, Contractor may collect the deficiency by legal process

12.3    Contractor may also, upon the happening of any of the events listed in paragraphs 12.1.1-12.1.9 above, without terminating the Contract, remove Subcontractor from the Community until such time as Subcontractor remedies such deficiency. In the event Subcontractor's employees are removed for failure to comply with the noted deficiency, Subcontractor acknowledges Contractor will suffer damages from the delay in the construction schedule. Such damages would be extremely difficult and impractical to precisely compute. The parties therefore agree that, as liquidated damages, and not as a penalty, Subcontractor will pay Contractor the sum of $100.00 per home per day for each day Subcontractor is absent from the jobsite by reason of being removed, and such sum may be backcharged against any contract then open between the parties

13.    **DEFENSE AND INDEMNITY.**  Subcontractor shall defend Contractor and its officers, directors, agents and employees against any claim of any kind or nature made against Contractor and its officers, directors, agents and employees by anyone (other than Subcontractor) as a direct or indirect result of the Work. The monetary limitation on the extent of the limitation that bears a reasonable commercial relationship to the Contract, as defined by Section 725.06, Florida Statutes, is the Contract Price unless the Contract Price is less than one million dollars, then that monetary limitation is one million dollars This provision is incorporated by reference into the project specifications or bid documents, if any In addition, to the fullest extent permitted by law, Subcontractor shall indemnify Contractor and its officers, directors, agents and employees for and hold Contractor and its officers, directors, agents and employees harmless from any damage, injury, loss, liability or expense (including, but not limited to, attorney and expert fees) incurred by Contractor as a direct or indirect result of the Work. However, Subcontractor shall not be obligated to defend Contractor against any claim or indemnify Contractor for or hold Contractor harmless from any damage, injury, loss liability or expense incurred by Contractor resulting solely from the negligence or willful misconduct of Contractor or others and not in any way resulting from any act or omission of Subcontractor. Payment to Subcontractor by Contractor of any sums purportedly due under the Contract shall not be a condition precedent to Contractor's right to enforce Subcontractor's obligations hereunder to defend, indemnify and/or hold harmless Contractor. Subcontractor's obligations to defend, indemnify and hold harmless Contractor shall survive the expiration and termination of the Contract and shall continue until such time as all actions against Contractor arising directly or indirectly out of the Work are barred by applicable statutes of limitations. Subcontractor's obligation hereunder to defend Contractor is entirely separate from and independent of Subcontractor's obligation hereunder to indemnify and hold harmless Contractor and applies whether Subcontractor's liability has been determined and whether Contractor has incurred any damage, injury, loss, liability or expense as a direct or indirect result of the Work. Subcontractor agrees that during any stage of any claim, mediation, arbitration or lawsuit relating directly or indirectly to the Work, Contractor shall be entitled to summary adjudication of Subcontractor's obligation hereunder to defend Contractor Subcontractor further agrees that Subcontractor shall reimburse Contractor for Contractor's reasonable attorney fees and other litigation expenses incurred in enforcing Subcontractor's obligations hereunder to defend, indemnify and/or hold harmless Contractor

14.    **ARBITRATION.**  If a controversy or claim arises out of or related to this Agreement and the parties cannot resolve the matter between themselves within sixty (60) days after Contractor is first provided written notice of the claim or controversy by Subcontractor, the parties agree to try in good faith to settle the dispute by mediation under the Construction Industry Mediation Rules of the American Arbitration Association. If not settled by mediation, the dispute shall be resolved by final and binding arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof

*CONSTRUCTION SERVICES & CONSULTANTS, INC.*
Vendor# 472198
Subcontractor's Initials _____

*CELO*
Contract# 6926041
Contractor's Initials _____   AUG  8 2005

6

# EXHIBIT "A"
## CONTRACT DOCUMENTS

**ARCHITECTURAL, MECHANICAL, ELECRICAL AND PLUMBING DRAWINGS AS PREPARED BY WOLFF-DECAMILLO**

**STRUCTURALS AS PREPARED BY NODALCO ENGINEERING, INC**

**10 Unit 2&3 story building**
    Architecturals      Sheets A1-A8, A9a-d, A10a&b, A11a&b, A12a&b, A13-A20
                             AC1-AC3, P1-P4, E1-E4 as revised  through 2/22/05

    Structurals        Sheets S1-S8 as revised through 1/27/05.

**8 Unit 2&3 story building**
    Architecturals      Sheets A0-A8, A9a-d, A10a&b, A11a&b, A12a&b, A13-A20,
                             AC1-AC3, P1-P4, E1-E4, as revised through 10/26/04
    Structurals        Sheets S1-S7 as revised through 10/18/04.

**8 Unit 2 story building**
    Architecturals      Sheets A0-A7, A8a&b, A9a&b, A10a&b, A11a&b, A12a&b,
                             A13-A18, AC1, AC2, P1-P4, E1-E4, as revised through
                             2/21/05
    Structurals        Sheets S1-S5 as revised through 1/24/05

**6 Unit 2 story building**
    Architecturals      Sheets A0-A7, A8a&b, A9a&b, A10a&b, A11a&b, A12a&b,
                             A13-A18, AC1, AC2, P1-P4, E1-E4, as revised through
                             2/21/05
    Structurals        Sheets S1-S5 as revised through 1/24/05.

**4 Unit 2 story building**
    Architecturals      Sheets A0-A7, A8a&b, A9a&b, A10a&b, A11a&b, A12a&b,
                             A13-A18, AC1, AC2, P1-P4, E1-E4, as revised through
                             2/21/05
    Structurals        Sheets S1-S5 as revised through 1/26/05

CONSTRUCTION SERVICES & CONSULTANTS, INC
Vendor# 472128
Subcontractor's Initials _____

8

CEILO
Contract# 69260411
Contractor's Initials _____ AUG 1 8 2005

02/24/2011   4:11PM  (GMT-06:00)

Should a dispute arise between Contractor and a buyer of a residence regarding materials supplied or work performed by Subcontractor, Subcontractor agrees to participate in, and be bound by, arbitration proceedings between Contractor and the buyer

**16    CONSTRUCTION LOANS.** This Contract may be subject to, and when subject to, shall be contingent upon Contractor obtaining a construction Loan for the Community satisfactory to Contractor. If such construction loan is not, for any reason, obtained and recorded for this Community from time to time as required, Contractor may terminate this Contract, and, at Contractor's option, may designate which portions of the Work covered by this Contract shall be performed by Subcontractor

**16    NOTICES.** Except as noted above any notice given under this Contract shall be given in writing and delivered either personally to the Superintendent at the Community for service on Contractor or to the representative of Subcontractor in charge of the work at the Community for service on the Subcontractor, or sent by United States mail or Federal Express or comparable overnight delivery service postage prepaid, addressed to the party to be charged at the address as the same appears herein or at such other address as either party may give by written notice to the other. Notices shall be deemed received when delivered personally or twenty-four (24) hours of delivery by such overnight service as aforesaid or within 3 days following deposit in the United States mail. As used herein, the term "days" shall mean and refer to consecutive calendar days

**17    ENTIRE AGREEMENT.** This Contract, together with any related documents expressly referred to herein, constitutes the entire agreement and understanding between the parties, and supersedes any and all other prior agreements or understandings, whether written or oral, regarding the Work or the Community

**18    INDEPENDENT CONTRACTOR STATUS.** At all times in the performance of this Contract, Subcontractor is acting as an independent contractor solely responsible for the employment, acts, errors, omissions, control and direction of its employees, agents and independent contractors. Nothing contained in this Contract shall authorize or empower Subcontractor to assume or create any responsibility whatsoever, express or implied on behalf of or in the name of Contractor, or to bind Contractor in any manner, or make representation, warranty, or commitment on behalf of Contractor. This Contract does not create a partnership or joint venture between Contractor and Subcontractor

**19    SUBCONTRACTOR LICENSING.** SUBCONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTORS' STATE LICENSE BOARD

**20    SEVERABILITY.** If any provision of this Contract is determined to be invalid, illegal or unenforceable, the remaining provisions of this Contract shall remain in full force and effect provided that the economic and legal substance of the transactions contemplated is not affected in any manner materially adverse to any party. In the event of any such determination, the parties agree to negotiate in good faith to modify this Contract to fulfill as closely as possible the original intent and purposes hereof. To the extent permitted by law the parties hereby to the same extent waive any provisions of law that renders any provision hereof prohibited or unenforceable in any respect.

**21    TO THE EXTENT NOT PROHIBITED BY LAW, SUBCONTRACTOR HEREBY WAIVES AND RELINQUISHES ANY AND ALL STATUTORY OR CONTRACTUAL RIGHTS THAT IT MAY HAVE TO OBTAIN STOP NOTICES OR LIENS, MECHANICS' OR OTHERWISE, AGAINST THE PROPERTY OR IMPROVEMENTS THAT ARE THE WORK AND AGREES NOT TO FILE ANY SUCH NOTICE OR LIEN AGAINST SUCH PROPERTY OR IMPROVEMENTS FOR ANY LABOR, SERVICE WORK MATERIALS EQUIPMENT TOOLS OR OTHER ITEMS FURNISHED TO OR FOR CONTRACTOR. TO THE EXTENT NOT PROHIBITED BY LAW, SUBCONTRACTOR AGREES TO LOOK SOLELY TO ITS CONTRACTUAL RIGHTS FOR RECOVERY**

**22.** This Agreement is entered into in the state where the property is located and shall be interpreted and applied in accordance with the laws of the state where the property is located

23. All terms and conditions set forth in CSCI Addendums N/A    AUG 1 8 2005

If the foregoing is acceptable to you, please so indicate by signing and returning the original of this Contract.

IN WITNESS WHEREOF, the parties hereto have executed this Contract as of the day and year first above written

"Contractor"    **LENNAR HOMES, INC**

By

Name    Jim Long...

Title    Division President

"Subcontractor"    CONSTRUCTION SERVICES & CONSULTANTS, INC.

By

Print Name    Daniel Goldberg

Title    Vice President

Fed I D No

License No    CGC038401

CONSTRUCTION SERVICES & CONSULTANTS, INC.
Vendor# 472198
Subcontractor's Initials

CELIO
Contract 69260411
Contractor's Initials    AUG 1 8 2005
AUG 1 8 2005

7

## EXHIBIT "B"
## CONTRACT AMOUNTS
## DRAW SCHEDULES

### CONTRACT AMOUNT AND DRAW SCHEDULE

| 10 UNIT 2/3 STORY BUILDING TOTAL $ 456,300 00 | DRAW CODES | 2 STORY END UNIT (X2) $ 53,500.00 | 2 STORY INTERIOR (X2) $ 44,000.00 | 3 STORY UNIT (X6) $ 43,550.00 |
|---|---|---|---|---|
| SLAB (20%) | 463001 | $ 10,700 00 | $ 8,800 00 | $ 8,700 00 |
| 1ST FLOOR MASONRY AND BEAM (15%) | 463003 | $ 8,025 00 | $ 6,600 00 | $ 6,525 00 |
| 2ND FLOOR DECK (15%) | 463004 | $ 8,025 00 | $ 6,600 00 | $ 6,525 00 |
| 2ND FLOOR MASONRY AND BEAM (15%) | 463005 | $ 8,025 00 | $ 6,600 00 | $ 6,525 00 |
| 3RD FLOOR DECK (10%) | 463007 | $ 5,350 00 | $ 4,400 00 | $ 4,350 00 |
| 3RD FLOOR MASONRY AND BEAM (10%) | 463009 | $ 5,350 00 | $ 4,400 00 | $ 4,350 00 |
| ROOF CARPENTRY (15%) | 463006 | $ 8,025 00 | $ 6,600 00 | $ 6,575 00 |

| 8 UNIT 2/3 STORY BUILDING TOTAL $ 388,500 00 | DRAW CODES | 2 STORY END UNIT (X2) $ 53,500 00 | 3 STORY UNIT (X6) $ 46,916.67 |
|---|---|---|---|
| SLAB (20%) | 463001 | $ 10,700 00 | $ 8,700 00 |
| FIRST FLOOR MASONRY AND BEAM (15%) | 463003 | $ 8,025 00 | $ 6,525 00 |
| 2ND FLOOR DECK (15%) | 463004 | $ 8,025 00 | $ 6,525 00 |
| 2ND FLOOR MASONRY AND BEAM (15%) | 463005 | $ 8,025 00 | $ 6,525 00 |
| 3RD FLOOR DECK (10%) | 463007 | $ 5,350 00 | $ 4,350 00 |
| 3RD FLOOR MASONRY AND BEAM (10%) | 463009 | $ 5,350 00 | $ 4,350 00 |
| ROOF CARPENTRY (15%) | 463006 | $ 8,025 00 | $ 9,941 67 |

*PRICING WILL BE INDEXED BY THE 10TH MONTHLY, IF NET CHANGE IN COST OF MATERIALS EXCEEDS 1% OF THE BASELINE COSTS (+) OR (-) NUMBERS WILL ADJUSTED ACCORDINGLY *

as per Addendum I.I. ext   N/A

CONSTRUCTION SERVICES & CONSULTANTS INC.
Vendor# 472198
Subcontractor's Initials

CEBO
Contract# 6726043   AUG 1 8 2005
Contractor's Initials

9

### EXHIBIT "B"
### CONTRACT AMOUNTS
### AND DRAW SCHEUDLES

| 8 UNIT – 2 STORY BUILDING<br>TOTAL $ 371,000 00 | DRAW<br>CODES | 2 STORY END<br>UNIT (X2)<br>$ 53,500 00 | 2 STORY<br>INTERIOR (X6)<br>$ 44,000.00 |
|---|---|---|---|
| SLAB (20%) | 463001 | $ 10,700 00 | $ 8,800.00 |
| 1ST FLOOR MASONRY AND BEAM (15%) | 463003 | $ 8,025.00 | $ 6,600.00 |
| 2ND FLOOR DECK (15%) | 463004 | $ 8,025 00 | $ 6,600 00 |
| 2ND FLOOR MASONRY AND BEAM (15%) | 463005 | $ 8,025 00 | $ 6,600 00 |
| 3RD FLOOR DECK (10%) | 463007 | $ 5,350 00 | $ 4,400 00 |
| 3RD FLOOR MASONRY AND BEAM (10%) | 463009 | $ 5,350 00 | $ 4,400 00 |
| ROOF CARPENTRY (15%) | 463006 | $ 8,025 00 | $ 6,600.00 |

| 6 UNIT<br>UNIT – 2 STORY BUILDING<br>TOTAL $ 283,000 00 | DRAW<br>CODES | 2 STORY END<br>UNIT (X2)<br>$ 53,500 00 | 2 STORY<br>INTERIOR (X4)<br>$ 44,000 00 |
|---|---|---|---|
| SLAB (20%) | 463001 | $ 10,700 00 | $ 8,800 00 |
| 1ST FLOOR MASONRY AND BEAM (15%) | 463003 | $ 8,025 00 | $ 6,600 00 |
| 2ND FLOOR DECK (15%) | 463004 | $ 8,025 00 | $ 6,600 00 |
| 2ND FLOOR MASONRY AND BEAM (15%) | 463005 | $ 8,025 00 | $ 8,800 00 |
| 3RD FLOOR DECK (10%) | 463007 | $ 5,350 00 | $ 4,400 00 |
| 3RD FLOOR MASONRY AND BEAM (10%) | 463009 | $ 5,350 00 | $ 4,400 00 |
| ROOF CARPENTRY (15%) | 463006 | $ 8,025 00 | $ 6,600 00 |

| 4 UNIT 2 STORY BUILDING<br>TOTAL $ 198,300 00 | DRAW<br>CODES | 2 STORY END<br>UNIT (X2)<br>$ 53,500 00 | 2 STORY<br>INTERIOR (X2)<br>$ 45,650.00 |
|---|---|---|---|
| SLAB (20%) | 463001 | $ 10,700.00 | $ 8,800 00 |
| 1ST FLOOR MASONRY AND BEAM (15%) | 463003 | $ 8,025 00 | $ 6,600 00 |
| 2ND FLOOR DECK (15%) | 463004 | $ 8,025.00 | $ 6,600 00 |
| 2ND FLOOR MASONRY AND BEAM (15%) | 463005 | $ 8,025 00 | $ 6,600 00 |
| 3RD FLOOR DECK (10%) | 463007 | $ 5,350 00 | $ 4,400 00 |
| 3RD FLOOR MASONRY AND BEAM (10%) | 463009 | $ 5,350 00 | $ 4,400 00 |
| ROOF CARPENTRY (15%) | 463006 | $ 8,025 00 | $ 8,250 00 |

PRICING WILL BE INDEXED BY THE 40TH MONTHLY. IF NET CHANGE IN COST OF MATERIALS EXCEEDS 5% OF THE BASELINE COSTS (1) ONLY NUMBERS WILL ADJUSTED ACCORDINGLY* As per Addendum I-1

AUG 1 8 2005

CONSTRUCTION SERVICES & CONSULTANTS, INC.<br>Vendor# 472199<br>Subcontractor's Initials _____

10

CEILO
Contract# 69280463
Contractor's Initials

# EXHIBIT "C"
## SCOPES OF WORK

### ADDITIONAL PROVISIONS OF THE AGREEMENT

It is further understood and agreed that the contract pricing, includes but is not necessarily limited to, the following items. In the event of a conflict between any item contained in these Additional Provisions and any provision in the contract agreement, these Additional Provisions shall prevail

1. Subcontractor has done a complete pre-bid investigation of the plans, building codes, site conditions and any existing sales models and production homes. All work required by controlling codes or shown is included in this contract. Many homes will be built in the reverse orientation, as an alternative elevation or with options differing from those in the model center, therefore, verify all pertinent information before beginning work

2. Subcontractor is responsible for calling for all required inspections of his Work under this Agreement, giving twenty-four (24) hours notice to Contractor at its field office of scheduled inspections, and shall have its appropriate representative present for all such inspections. The Subcontractor shall also provide supervision to create and complete punch lists. The superintendant shall attend periodic Project coordination and review meetings conducted under Contractor's direction. The superintendent will maintain schedules and perform his phase of work at all times in coordination with Contractor

3. No construction workers are allowed on private property or private homesites surrounding the active construction area. There will be a $200.00 fine if any subcontractor uses water or electricity from a private homesite

4. Parking for workers' vehicles, location of tool sheds, storage of equipment and materials will be permitted in areas designated by Contractor only if there is sufficient room on the site

5. A staging area will be designated by Contractor for delivery and storage of materials

6. Contractor will provide basic control points and benchmarks only. All other layout required for the Work under this Agreement is the responsibility of Subcontractor

7. Subcontractor is solely responsible for delivery, receiving, unloading, storage and hoisting of his materials and equipment. The Subcontractor shall inventory, store, and protect any materials furnished to him by the Contractor. The Subcontractor shall report to the Contractor any deficiencies or shortages in these materials within twenty-four (24) hours of delivery. The failure of the Subcontractor to protect these materials or report deficiencies shall relieve the Contractor from responsibility

8. In the event the Subcontractor is cited for violations of the Occupational Safety and Health Act, it shall be responsible for all penalties assessed against Subcontractor. In the event Contractor is penalized due to the Subcontractor's actions or failure to comply with the Occupational Safety and Health Act, it shall hold Contractor harmless and any penalties assessed against Contractor for violations of the Subcontractor shall be the total obligation of the Subcontractor and all monies due even in excess of the Contract amount shall be the total liability of the Subcontractor. Subcontractor shall not be held liable for violations of Contractor

9. Attendance at all Jobsite Tailgate Meetings by Subcontractor's supervisory personnel is MANDATORY. These meetings will be held at regularly scheduled times for each community and include amongst other activities, discussion of safety issues and the distribution of updated scheduling and construction related information. Failure to attend these meetings will not relieve any Subcontractor from conforming to any new requirements or scheduling changes discussed.

10. All workmen shall be fully clothed on the jobsite at all times i.e., T-shirts are required at a minimum.

11. Subcontractor shall seal all sleeves and penetrations in walls and slabs caused by its work, employing sealants and methods approved by the Architect and the local Fire Marshall or other official or authority having jurisdiction. Subcontractor shall do all cutting, fitting and patching of its work that may be required to make its several parts fit together properly and/or fit or provide for the work of other subcontractors shown in or reasonably implied by the Contract Documents

12. Subcontractor will be responsible for supplying its own ice, water, cups, dispenser, etc. for all of Subcontractor's employees during the course of the construction contract. Contractor will provide a source of water at jobsite. Subcontractor will be responsible to provide his own generator if required

13. Inspection, supervision or payment by the Contractor does not relieve the Subcontractor from his responsibilities under the provisions this of contract.

14. Subcontractor shall approve all shop drawings relating to his work.

15. Subcontractor shall perform all punch out, final testing and final adjustments for his work. Removal of any in place work for parts etc. will not be permitted under any circumstances

16. Under no circumstances should the Subcontractor use any of the interior plumbing facilities to clean tools

17. The Subcontractor agrees he is knowledgeable of South Florida weather and job conditions. He has included allowances for these conditions in his contract amount and scheduling. No overtime will be paid.

18. ANY REQUEST FOR AN ADJUSTMENT IN CONTRACT PRICING MUST BE MADE IN WRITING AND A MINIMUM OF 60 DAYS IN ADVANCE OF THE ADJUSTMENT TO ALLOW LENNAR HOMES ADEQUATE TIME TO SECURE ALTERNATE BIDS AND REFLECT SUCH ADJUSTMENT IN SALES PRICING.

CONSTRUCTION SERVICES & CONSULTANTS, INC.
Vendor# 472198
Subcontractor's Initials

1

CEILO
Contract# 69260411
Contractor's Initials    AUG 1 8 2005

# EXHIBIT "C"
# SCOPES OF WORK

## CUSTOMER SATISFACTION AND QUALITY CONTROL

**1    J D Powers Customer Satisfaction Survey**

The J D Powers Company is recognized as the leader in determining customer satisfaction throughout a wide range of businesses Lennar Homes, Inc. uses the services of J D Powers to determine the satisfaction of our homeowners  The results are taken very seriously, as they are a direct reflection of how our homeowners feel about their homes and the buying experience as a whole  These surveys are also a reflection of your company, the quality of work performed and the experience of our homeowners during customer service calls  Any subcontractor whose quality of work or attitude continually rates as below average will be replaced

**2    General**

It is expected that all work performed by this Subcontractor will be of the highest quality using only the best materials   Poor quality work and materials will not be accepted  The Contractor's field personnel will not sign the payment voucher until the work is done properly  The Contractor reserves the right to have the Subcontractor redo his work and have defective/damaged materials repaired or replaced at the Subcontractor's expense if, in the Contractor's opinion, the work or materials used are not up to the quality specified  Response time for these repairs is critical as it could keep other trades from the timely completion of their work.  If after notification, a reasonable effort is not made by the Subcontractor to make these repairs, the Contractor has the right to use a third party and backcharge the costs to the Subcontractor

**3    Customer Care**

Whenever this Subcontractor is called upon to respond to a Customer Care work order, it is expected that the service person will show up on time with the proper tools and materials, be dressed properly in uniform or company shirt, have clean shoes (or covered with disposable booties) and have drop cloths/rags/cleaning supplies as necessary  If the initial visit is to assess the situation and repairs are not expected to be made, be sure the homeowner is aware that the visit will not result in the problem being fixed at the time of making the appointment.  The Subcontractor should have a representative that can meet with a homeowner to assess a problem during extended hours (after or before work/weekends)  Once a course of action has been determined, the timely completion of the work is expected  In any case, where the Subcontractor's representative will be late for an appointment, every effort must be made to contact the homeowner and a Customer Care associate to inform them of a delay  Respect for the homeowner and the contents of their home must be maintained at all times  Rude or abusive language and behavior towards the homeowner or lack of respect for their property or belongings will not be tolerated and the result of such behavior may be the termination of this contract.

**4    Claims for Inconvenience**

This Subcontractor should be aware that a small number of homeowners have demanded reimbursement for the inconvenience of repair work.  This includes, but is not limited to, having to vacate the home and stay in a hotel during repairs, damage to homeowner's possessions, etc.  It is not the Contractor's intention to charge the Subcontractor for the homeowner's inconvenience every time a repair is made, but in some circumstances, it may be necessary for the Subcontractor to pay all or part of these charges

*CONSTRUCTION SERVICES & CONSULTANTS INC.*
Vendor# 472198
Subcontractor's initials

CBLO
Contract# 69260411
Contractor's initials

AUG 1 8 2005

2

# EXHIBIT "C"
## SCOPES OF WORK

### TRASH REMOVAL AND CLEAN-UP

An integral part of this and all other subcontractor agreements is to control all trash and debris generated in this community for the purpose of maintaining a clean and safe work place. All subcontractors working in this community will be responsible to clean out each home *on a daily basis* and place all trash in dumpsters as designated by the superintendent, for pickup by a Trash Subcontractor. This includes, but is not limited to, such things as *at the end of each phase of construction*

1   Drink containers and garbage generated by this subcontractor's forces  Containers for depositing this type of garbage will be supplied by Lennar Homes and emptied by the Trash Subcontractor

2   Old tools and equipment discarded by this subcontractor or his forces

3   Packaging materials such as boxes, visqueen, pallets, bags, paper, paint and drywall buckets, etc.

4   All excess building materials such as lumber and plywood, masonry, concrete, roofing, drywall, etc.

This Subcontractor shall keep the premises free from trash at all times  Any temporary debris piles shall be well defined and located a minimum of ten feet from the building  All debris shall be kept clear of doors and windows.  Subcontractors shall not allow supplies or trash to accumulate around permit boards  These areas shall be kept clear at all times

This Subcontractor understands that if a situation arises when trash is discarded outside the agreed areas by his forces, it still will be picked up  In addition, even though all homes are expected to be swept daily by trade subcontractors, the Trash Subcontractor will sweep homes as necessary to maintain the area in a clean and safe condition  With superintendent authorization, the responsible subcontractor for these violations will be backcharged

*See CSC+ Addendum Section 3*

### PUNCHOUT

All punchout work must be completed within one calendar week after the issuance of the Certificate of Occupancy  This applies to all trades, with the exception of the painting, drywall, construction cleaning and carpeting subcontractors  All cleanup related to this work must be conducted under the terms of the contract, including the Trash Hauling scope of work  At this point, any damage to the finished product, such as pavers or ceramic tile, could be very expensive, so please be careful  Use drop cloths or visqueen if there is any chance of spilling on finished surfaces

Failure to complete your punchout will result in the withholding of all funds  In addition, should your failure to provide a timely and thorough punchout effect the work of other trades, then the situation may require a backcharge  What constitutes a thorough punchout is very simple  Should any of our superintendents be able to enter a home and find any item undone, then the home will be considered incomplete  Punchout lists are the responsibility of the subcontractor and not Lennar Homes, Inc.  The subcontractor should have a better eye for this trade than our superintendents

Doing a thorough job of punching out a home in the first week will not preclude the subcontractor from having to return at the request of our superintendents to put the finishing touches on any home  It is the intention of Lennar Homes, Inc. to institute a Quality Assurance Program that will include several inspections by Lennar personnel  These inspections are not intended to be punch lists for the subcontractors, in fact, the subcontractor's work should be done before the inspections  If the subcontractor does not have any punchout items on the Quality Assurance inspection and on the homeowner walk thru, then the subcontractor will not be required to do any future cosmetic service work in that home without a purchase order  To achieve the quality level needed to eliminate cosmetic service will require an investment by each subcontractor  The rate of return should be substantial, however  We strongly suggest that you encourage your foreman or punchout people to promote clean Quality Assurance and homeowner inspections.

*CONSTRUCTION SERVICES & CONSULTANTS, INC.*
Vendor# 47199
Subcontractor's Initials

CBID
Contract# 69260411
Contractor's Initials

3

# SCOPE OF WORK:  BUILDING SHELL - CONCRETE WORK

*Revised 4/05*

**1   General**

   a   This scope of work specifically includes all concrete work related to the building shell such as footings, concrete slab on ground, beams, bond beams and tie beams, columns and tie columns, suspended slabs and balconies, filled cells, a/c pads , etc.  All other nonstructural patio slabs, walks and other flat work that is part of the architectural plans shall be supplied under a separate agreement.  The intent of this scope, along with those of the Rough Carpentry and Masonry portions of the work, is to provide all supervision, labor, materials, shoring, hoisting, tools and equipment necessary to complete the entire building shell  The termite treatment (temp and spray) as well as the furnishing of trusses will be by others

**2.   Description Of Work**

   a   All materials required for a complete job shall be part of this agreement, including but not limited to  form boards, nails, screws, fasteners, brackets, buckets, bolts, shots, anchor bolts, hurricane anchors, visqueen, mesh-ups, footer chairs, hoops, stirrups, ties  steel and aluminum dowels, cavity caps, etc.

   b   All work shall be done in accordance with the applicable building codes, engineering specifications, plans, existing models, production homes and permit documents. This Subcontractor shall provide a copy of its Fall Protection Plan on each site for review by the Contractor

   c   The stakeout and finish floor elevations will be done by a surveyor hired by the contractor  It is the subcontractor's responsibility to protect such stakes and bench marks

   d   The subcontractor shall inspect each building pad prior to the commencement of work to assure himself that the pad elevation is correct. If there are discrepancies exceeding 2" up or down, then upon notification the contractor shall arrange for the pad to be brought to the required elevation

   e   All work to be grade "A" quality, true to plane, plumb level to within 1/8" of desired plans within 10 ft., with special attention in ceramic tile areas

   f   The Subcontractor shall also include for the following

      1   Provide all labor, hoisting and form materials to form and pour all cast in place concrete inclusive of hangers, cavity caps, and other accessories  A crane or pump to place concrete is provided by the Subcontractor when required  This Subcontractor shall inspect jobsite conditions prior to his bid, to determine the need for cranes and special equipment.

      2.   Insure all filled cells and tie columns are poured solid  The Subcontractor shall use vibrators and any other appropriate equipment to attain this result. Install hammer holes at 4' o c. vertically, before filling cells  One hole shall be located under the lintel

      3   Provide labor and forms for block depressions, step downs,  floating forms, keyways, expansion joint materials and covers, etc  Tool all exposed edges  Remove all ferrous hardware and form accessories to 1  below the surface of the concrete and patch

      4   Remove all honeycombs and patch with 5,000 P S I  non-shrink grout immediately after stripping forms

      5   Pitch any flatwork in this agreement to allow for proper drainage

   g   This Subcontractor must do any correction needed to achieve specified finishes as soon as possible so that the next trade is not delayed

   h   Break up concrete spills while the concrete is still wet  Concrete spills on finished surfaces must be cleaned up immediately  Should the Subcontractor fail to break up concrete spills, he will haul away concrete rubble at his own expense or be backcharged for it. Refer to the SWPPP site plan for location of the concrete dumping areas.

   i   All concrete slab areas where showers are to be located must have a positive pitch from the outside to the shower drain  The tile subcontractor must approve all slabs to receive his work  All exterior door openings shall have a minimum 3/4" recess to allow for the stucco to be sloped away from the doorframe

   j   Exposed slabs, such as garage floors, must be protected from damage as soon as the slab is completed, before blockwork is started and during the entire course of shell construction  The garage floor must be first covered with visqueen and then a layer of 90# roofing felts laid from the back to the front of the garage to facilitate sweeping  These materials will be left in place and maintained by this Subcontractor for the duration of the shell work.  This protection will be removed later by others  This Subcontractor, at no additional cost to Lennar Homes, Inc., will repair damage to exposed slab areas caused by the failure of this protection

   k   All materials shall be kept neatly organized and, upon completion of each home, moved forward for future use

   l   Should the Subcontractor build incorrect rough openings, he will be responsible for any and all corrective measures required including patching behind sliding glass door tracks  Sliding glass door tracks must be completely surrounded by a solid concrete dam frame  Any patching or reworking around the frame will require hydraulic cement and a bonding agent.

   m   In the event of a concrete testing failure, Subcontractor agrees to pay for the cost of testing all corrective actions and the cost of re-testing to confirm compliance with controlling code requirements

## SCOPE OF WORK· BUILDING SHELL - ROUGH CARPENTRY

Revised 1/95

**1**    **General**

   a    This scope of work specifically includes all rough carpentry related to the building shell such as framing, truss and joist installation, roof and floor sheathing and fascia  The intent of this scope, along with those of the Masonry and Concrete Work portions of the work, is to provide all supervision, labor, materials, shoring  hoisting, tools and equipment necessary to complete the entire building shell  The termite treatment (tamp and spray) as well as the furnishing of trusses will be by others

**2**    **Description Of Work**

   a    All lumber materials required for a complete job should be considered part of this agreement including but not limited to siding, framing, nailers, firestops, wind bracing, rat runs, dead wood, exterior trim, backing, corner studs, fascia, sub-fascia, drip edge, ledgers, strong backs, outlookers, headers, load bearing walls  scabs, vent openings, accessories, etc...Do not use damaged, split, checked or poor quality lumber  Cut all work to fit tightly  Bad joints that can allow water intrusion are not acceptable

   b    Due to the discontinuance of CCA treated p t lumber and upon exhaustion of existing CCA inventories, borate treated lumber should be used within its handling and usage limitations in lieu of the more corrosive AOC treated lumber  Borate treated lumber should not be used in direct exposure to earth or moisture for prolonged periods of time  It also needs to be transported and stored in protected conditions to prevent any leaching of the borate treatment.

   c.   All hardware and accessories, as needed, are also part of this agreement including but not limited to nails and galvanized nails as needed, fasteners, bolts, scaffolding, screws, tools, ladders, shots, pins, hurricane anchors, chairs, etc  Remove unused staples  bracing  cleats  etc

   d    All work shall be done in accordance with the applicable building codes, engineering specifications, plans, existing models, production homes and permit documents

   e    The subcontractor shall use the following materials in the construction of the home unless otherwise specified

         1    Roofing - 5/8" CDX plywood sheathing nailed with 10d galvanized nails 8" on center in field and 4" on center along the edges or as noted in the Contract Documents and controlling code requirements  Plywood sheathing must display grade stamp

         2    Flooring - 3/4" T&G plywood conforming to UL L-528  The Subcontractor shall use ring shank nails and construction adhesive on all floor sheathing in compliance with Contract Documents and any controlling code requirements.

   f    The subcontractor shall supply and install 2" x 8" p.t. wood garage door bucks to  reinforced concrete block wall with anchors and tapcons approved by code  Anchors  to be placed to avoid conflict with garage door rails.  It is this Subcontractors responsibility to obtain a bolt pattern template to eliminate any such problems

   g    All work to be of grade "A" quality, true to plane, plumb level to within 1/4" in 8 ft.  All openings shall be within 1/2" of required size

   h    All bracing details shown on truss drawings and engineering sheets shall be incorporated, and trusses shall be hoist, set and braced per manufacturers specifications in accordance with HIB 91

   i    All trusses must be secured with a minimum of two (2) hurricane straps

   j    Trimming some truss ends and minor repairs are normal  Paint trusses red where truss repairs are needed  Staple the repair engineering and paint the area blue when repairs are complete

   k.   Floor trusses will be wrapped with a layer of roofing felt they bucket into girders

   l    Brackets that connect one truss to another are supplied by the truss company and brackets connecting trusses to anything else are furnished by this Subcontractor

   m    On all two-story homes, the Subcontractor, in coordination with the other trades, must shore the floor joists to relieve temporary loads, such as masonry blocks  In addition, the Subcontractor shall use a Thompsons's Water Seal type product for the second floor subflooring.  No more than 5 sheets of sheathing shall be placed at one location on any trusses

   n    Supply and install 2 x 8 stiffeners for the floor trusses under all bathrooms as well as an additional layer of 3/4" plywood under all tubs and showers  Secure the additional layer of plywood with 2" Exterior screws made by Grip Rite Fas'nere or equal

   o    Subcontractor shall string line check all trusses to verify straight level lines within 1/4" tolerance

   p    Temporary safety walls and handrails (including stairs) meeting OSHA standards, are a part of this contract. They should be installed as early as possible, and they  shall be maintained by this Subcontractor through completion of the shell work. They must remain in the home until the permanent rails are installed  These safety rails shall be installed with consideration of future construction requirements so that they can remain in place until the permanent rails are installed

   q    This Subcontractor must coordinate with the Contractor and call in all inspections to the building department pertaining to the construction of the shell.  The jobsite superintendent must be notified of all daily inspections and this Subcontractor must have a representative present for all inspections of his work.

   r    Any value engineering or deviation from the architectural plans must be submitted at the bidding stage as an alternate proposal for review by the Contractor

   s    Install rat-runs to avoid conflicts with other trades

   t    Caulk sole plate (bottom chord) of bearing walls for framing inspection (garage only).  Caulk plates of any exterior frame walls for energy code requirements

Revised 1/05
Building Shell - Rough Carpentry

u.  Felt to be properly lapped and continuous around corners, where required.  Felt is to be used on all wood-to-block connections, even with the use of p t lumber  All exterior wood wall are to be wrapped in 30# felt.  Also, all wood frame windows or door openings will have a layer of 30# felt wrapped in the opening

v.  Install all nailers and framing for lathed areas, exterior wood framed walls and interior load bearing walls

w.  The installation of wood stairs is not included but the building out of stair openings may be necessary for the stair to fit properly

x.  If an engineer's letter is required to certify any mistakes or subsequent corrective work done by this trade, this Subcontractor will pay all costs involved

y.  Supply and install stairs for the Contractor's trailer

z.  Supply tub covers for all marble and acrylic tubs

3   Misc. Provisions.

a.  Payment Schedule

1st Draw - Slab Draw
Slab poured
Forms stripped and stacked on next job
Honeycombs floated
Any recesses properly located and finished
Slab level within 1/4 in 10'
All trash placed in dumpster, including all concrete overpours and spills.

2nd Draw - First Floor Masonry and Beam Draw
1st floor beams poured
Forms stripped and moved to next job
Slab scraped and swept
All window openings correct
Straps properly positioned
All cells poured solid
Any block work clean, plumb  and square
Block depressions filled and sponged floated in garage
All trash placed in dumpster, including all concrete overpours and spills.

3rd Draw - Second Floor Masonry and Beam Draw
2nd floor tie beam
Forms stripped and moved to next job
Slab scraped and swept
All window openings correct
Straps properly positioned
All cells poured solid
Any block work clean  plumb, and square
All trash placed in dumpster, including all concrete overpours and spills

4th Draw   Roof Carpentry and Completion
All trusses set
All truss and sheathing inspections passed by Pelco & City inspectors
Slab swept
String line trusses
All excess materials moved to next job
All fascia straight
All arches and boxouts in place
Floors shored
A/C & door pads poured and placed
All trash placed in dumpster

I HAVE READ AND AGREE TO THE ABOVE.

SIGNATURE.  _[signature]_

TITLE.  VP

COMPANY  CSCI

DATE  7/12/05

Code 463

## SCOPE OF WORK: BUILDING SHELL - MASONRY

*Revised 1/05*

1   **General**

  a    This scope of work specifically includes the supply and installation of all standard and non-standard concrete blocks, lintels, glass block, precast window sills and all materials and accessories pertaining to block masonry including all layout required

  b    The intent of this scope, along with those of the Rough Carpentry and Concrete Work portions of the work, is to provide all supervision labor, materials, shoring, hoisting, tools and equipment necessary to complete the entire building shell. The termite treatment (tamp and spray) as well as the furnishing of trusses will be by others

2   **Description Of Work**

  a    All materials, equipment and labor required to complete the contracted work shall be in accordance with the approved drawings and specification, all applicable building codes having jurisdiction in effect at the time of this agreement and the ACI 530 1 and 530

  b    Floors and columns shall be kept free of mud. Remove spills and burrs from block work. Empty mortar bags shall be moved curbside and secured to avoid being blown around. Heavy accumulations of mortar around mixing area shall be broke up and also placed in dumpsters in accordance with the "Trash Removal and Clean up" scope

  c    The Subcontractor shall verify the necessary opening sizes with the contractor and the suppliers of the windows and sliding doors that will be installed in this community. Any error in opening sizes shall be corrected by the Subcontractor promptly and at his own expense. Tolerances are not to exceed 1/4" on any opening. This Subcontractor shall verify all openings in the field by initialing on the block wall adjacent to each opening

  d    Unless otherwise specified, construct all masonry by lapping ends in successive vertical courses (i e running bond pattern) All walls are to be layed in, especially wing walls and decorative walls

  e    All masonry shall be placed in accordance with ACI 530.1 TOLERANCES as follows

| | | | | | |
|---|---|---|---|---|---|
| 1 | Variation from level | +/- | 1/4" | in 10 ft | |
| | | +/- | 1/2" | | maximum |
| 2 | Variation from plumb | +/- | 1/4" | in 10 ft | |
| | | | 3/8" | in 20 ft | |
| | | +/- | 1/2" | | maximum |
| 3 | True to line | +/- | 1/4" | in 10 ft | |
| | | +/- | 3/8" | in 20 ft | |
| | | +/- | 1/2" | | maximum |

  f    Loading of concrete blocks on any structural floor slab or joist will be allowed only if the support system had been previously installed by this Subcontractor. Distribute block evenly. Do not load slab over 50 pounds per square foot.

  g    It is the subcontractor's responsibility to properly brace all concrete block systems during construction that environmental or manmade conditions may cause to collapse. Subcontractor assumes responsibility for repairing damage to wall system and existing work caused by such collapse

  h    Prior to placement of any masonry units, the top surface of the concrete foundation shall be cleaned and free of all substances that would prohibit proper bond

  i    Bed and head joints shall be 3/8", plus or minus 1/8" thick except the bed joint of the starting course placed over foundations shall not be less than 1/4" and not more than 3/4". Special care shall be taken to solidly fill all joints between block and structural concrete members

  j    Fill holes created by line pins and any other exterior penetrations in exposed or below grade masonry with mortar Also, fill around in place plumbing, electrical, and HVAC penetrations with mortar

  k    Face shells of bed joints are to be fully mortared. Strike all bed joints on starter courses

  l    The webs of masonry units shall be mortared when adjacent to cells that are to be grout filled. Mortar protrusions into proposed filled cells, (i e shark fins), exceeding 1/4" shall be removed so as to facilitate continuous grouting

  m    Vertical cells to be grouted to be aligned and unobstructed openings for grout are to be provided in accordance with the approved plans.

  n    Place clean units while the mortar is soft and plastic. Any unit disturbed to the extent that the initial bond is broken after initial positioning shall be removed and re-laid in fresh mortar

  o    Cut exposed edges or faces of masonry units smooth or position such that all exposed faces or edges are unaltered manufactured surfaces. A & O and column block are to be used when allowed by code

  p    Use mortar of type noted in the contract documents and mix per latest A.S.T.M. standards. If mortar stiffens or sets because of hydration, re-tempering shall not be allowed. The subject mortar should be discarded since it is difficult to determine by sight or touch whether stiffening is due to evaporation or hydration. If mortar is not used within 2-1/2 hours of mixing it should also be discarded

  q    Water shall be potable and will be made available onsite by Contractor *or Subcontractor shall invoice Contractor for heating water at $75 per lot.*

918 586 0840                MCO HOC

**Revised 1/05**
**Building Shell - Masonry**

r    Horizontal joint reinforcement shall be standard 9 gauge ladder type installed on every other course, or as specified on plans or required by code

s    All vertical wall reinforcing shall be grade 60 and sized to the approved plans

t    Reinforcement bars embedded in grout shall have a minimum clear distance of 1/4" for fine grout or 1/2" for coarse grout between reinforcing bars and any face of a masonry unit.

u    Grout for tie downs at walls of unit masonry shall be ready mix concrete with a    maximum coarse aggregate size of 3/8 inch or shall be ready mix fine grout in accordance with ASTM C476  Fine and coarse grout shall be placed at an 8 to 11 inch slump and shall have a minimum opening dimension of 3 inches

v    Cleanout openings shall be provided for cells containing reinforcement and splices. They should be clean and free of sand and mortar

w    Spaces to be grouted shall be free of mortar droppings, debris, loose aggregates and any other material deleterious to masonry grout.  All grout filled cells shall be thoroughly rodded when being poured to prevent voids in the pour

x    All interior garage walls are to be sponge floated  All block depressions should be filled and sponge floated

y    Subcontractor shall supply power via a generator if none exists on site

z    Tub covers to be supplied by subcontractor

INSURANCE REQUIREMENTS – Exhibit C Extremely High

Subcontractor shall procure and maintain, at its sole cost and expense, the following insurance coverages.

1   **Workers' Compensation.**
    Coverage A    Statutory Benefits
    Coverage B    Employers' Liability of not less than,

    Bodily injury by accident          $100,000 each accident
    Bodily injury by disease           $500,000 policy limit
    Bodily injury by disease           $100,000 each employee

    Coverage must include a waiver of subrogation endorsement in favor of, and naming, Lennar Corporation, including its subsidiaries, partners, partnerships, affiliated companies, successors and assigns

2   **Commercial Auto Coverage.**
    Automobile Liability coverage (equivalent in coverage to ISO form CA 00 01) of not less than $500,000 combined single limit, each accident, covering all owned, hired and non-owned autos

3   **Commercial General Liability.**
    Commercial General Liability coverage (equivalent in coverage to ISO form CG 00 01) of not less than

    Each Occurrence Limit                                    $1,000,000
    Personal Advertising Injury Limit                        $1,000,000
    Products/Completed Operations Aggregate Limit            $2,000,000
    General Aggregate Limit                                  $2,000,000
    (other than Products/Completed Operations)

    The policy must include,
    a)  Premises and Operations coverage with no explosions collapse, or underground damage exclusion (XCU).
    b)  Products and Completed Operations coverage. Subcontractor agrees to maintain this coverage for a minimum of ten (10) years following completion of its work.
    c)  Standard ISO CG0001 0196 Contractual Liability coverage, or its equivalent, and a Separation of Insureds clause.
    d)  Broad Form Property Damage coverage, including completed operations, or its equivalent
    e)  The work "performed on behalf by a subcontractor" exception to the "Damage to Your Work" exclusion (Exclusion "l" in Section l of the ISO form CG 00 01 10 01 and earlier versions ) No limitation or restriction of this exception is allowed
    f)  An Additional Insured Endorsement (equivalent to ISO form CG 20 10) naming as additional insured' "Lennar Corporation, including its subsidiaries, partners, partnerships, affiliated companies, and successors and assigns."
    g)  If the Work to be performed is on an attached community, there shall be no exclusion for attached or condominium projects.
    h)  There shall be no exclusions for continuing or progressive losses not known by Subcontractor to exist prior to policy inception
    i)  Coverage must be on an "occurrence" form. "Claims Made" and "Modified Occurrence" forms are not acceptable

4.  **Property Insurance.**
    Subcontractor shall maintain "Special Form" property insurance (commonly referred to as "all risk" or "special perils" coverage) in an amount equal to the full replacement cost of all Subcontractor's real and personal property (for which it has title and/or risk of loss), as well as real and personal property which becomes a final part of the Project, during its off-Project status, in transit and while stored or worked upon away from, or on, the Project site. All policy proceeds shall be used for the repair or replacement of the property damaged or destroyed

    **Property Waiver of Subrogation.** Subcontractor hereby waives all rights of recovery against Lennar Corporation, including its subsidiaries, partners, partnerships, affiliated companies, and successors and assigns, with respect to any loss or damage, including consequential loss or damage, to the Subcontractor's property caused or occasioned by any peril or perils covered under any policy or policies of property insurance carried by the Subcontractor  Subcontractor shall cause its insurance carriers to consent to such waiver of subrogation

5.  **Other Requirements.**
    a)  All policies must afford an unqualified (thirty (30) days notice of cancellation to the additional insured(s) in the event of cancellation or non-renewal, and ten (10) days notice of cancellation for non-payment of premium
    b)  All policies must be written by insurance companies whose rating in the most recent Best's Rating Guide, is not less than B (++) VII  All coverage forms must be acceptable to Contractor  Subcontractor agrees to provide a full certified copy of any policy maintained by Subcontractor or Contractor upon Contractor's request therefor
    c)  Certificates of insurance with the required endorsements evidencing the required coverages must be delivered to the Contractor prior to commencement of any work under this Subcontract  Such certificates of insurance shall state "All Operations" of Subcontractor performed on behalf of Contractor shall be covered by such insurance The wording "All Operations" and , "but failure to mail such notice shall impose no obligation or liability of any kind upon the company" must be deleted from the certificate  If your carrier or broker will not remove such language from the certificate, a separate endorsement requiring 30-day notice of cancellation will be required
    d)  If the Subcontractor fails to secure and maintain the required insurance, Contractor shall have the right (without any obligation to do so, however) to secure same in the name and for the account of Subcontractor in which event the Subcontractor shall pay the costs thereof and furnish upon demand all information that may be required in connection therewith
    e)  Contractor reserves the right, but shall have no obligation, to procure the insurance, or any portion

1SV9 Exhibit C-E 2-04.doc

thereof, for which Subcontractor is herein responsible and which is described in this section, Contractor shall notify Subcontractor if Contractor exercises its right, whereupon Subcontractor's responsibility to carry such insurance shall cease and all the premiums and other charges associated with such insurance shall be refunded to the Contractor. Contractor further reserves the right at any time, with thirty (30) days written notice to Subcontractor, to require that Subcontractor resume the procurement and maintenance of any insurance for which Contractor has elected to procure pursuant to this subsection. In such event, the sums paid to Subcontractor by Contractor shall increase to the extent of any previously agreed and implemented reduction (as noted above) attributable to Contractor's prior assumption of the particular insurance coverages. Such refund shall be equitably pro-rated based upon Subcontractor's completed work at the time of such adjustment.

f)    Contractor reserves the right, in its sole discretion, to require higher limits of liability coverage if, in Contractor's opinion, operations by or on behalf of Subcontractor create higher than normal hazards, and, to require Subcontractor to name additional parties in interest to be Additional Insureds, and included in any required Waiver of Subrogation, Notice of Cancellation, or other endorsement.

g)    In the event that rental of equipment is undertaken to complete and/or perform the work, Subcontractor agrees that it shall be solely responsible for such rental equipment. Such responsibility shall include, but not be limited to, theft, fire, vandalism and use, including use by unauthorized persons.

h)    Nothing in this Exhibit shall reduce Subcontractor's obligations under this Contract. Subcontractor's procurement and/or maintenance of insurance shall not be construed as a limitation of liability or as full performance of the indemnification and hold harmless provisions of this Agreement.

i)    In the event that materials or any other type of personal property ("personal property") is acquired for the Project or delivered to the Project site, Subcontractor agrees that it shall be solely responsible for such property until it becomes a fixture on the Project, or otherwise is installed and incorporated as a final part of the Project. Such responsibility shall include, but not be limited to, theft, fire, vandalism, and use, including use by unauthorized persons.

6    **Changes and Modifications.**
Any modification or waiver of the insurance requirements to this Agreement, or in any addendum hereto, may only be made with the prior written consent of Contractor.

7    **Notices.**
All Certificates of Insurance and required endorsements must be addressed and forwarded to:

Lennar Corporation
Insurance Compliance
PO Box 12010-LC
Hemet, CA 92546-8010

Phone (909) 766-2274
Fax (909) 766-2299

POLICY NUMBER 04-GL-000615981

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY**

## ADDITIONAL INSURED – OWNERS, LESSEES
## OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Name of Person or Organization  **LENNAR CORPORATION, INCLUDING ITS SUBSIDIARIES, PARTNERS, PARTNERSHIPS, AFFILIATED COMPANIES, SUCCESSORS AND ASSIGNS**

1   WHO IS AN INSURED ( Section II ) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability directly attributable to your performance of " your work " for that insured

2.   With respect to 1  Above the following additional provisions apply

   4   **Other Insurance**

   The insurance afforded by this Coverage Part is primary insurance and we will not seek contribution from any other insurance available to the insured unless the other insurance is provided by a contractor other than the above named additional insured  We shall be considered as excess insurance of any other insurance provided by a contractor other than the above named additional insured

This amendment applies only when you have agreed by written " insured contract " to designate the person or organization listed above as an additional insured subject to all provisions and limitations of this policy

All other conditions remain unchanged

ML 13 57 ( 11 02 )                                                      Page 1 of 1

# EXHIBIT C

02/24/2011   4:11PM (GMT-06:00)

IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CIVIL DIVISION

ROBERT WEST AND HILDI      CASE NO 50 2007CA007910XXXXMBAD
WEST, HIS WIFE,

      Plaintiffs,

vs

LENNAR HOMES, INC ,

      Defendants.

_____/

## SECOND AMENDED COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, ROBERT WEST and HILDIANA WEST, and sue the Defendants, LENNAR HOMES, LLC and ALPHA-OMEGA CONTRACTORS, INC , and allege

1.    This is an action for damages which exceeds the minimum jurisdiction of this Court.

2     The Plaintiffs are residents of Palm Beach, County, and are sui juris

3     Defendant, LENNAR HOMES, LLC, is a Florida limited liability company authorized to do business in the State of Florida

4     At all times material herein, the Defendant, LENNAR HOMES, LLC, was involved in the development and construction of a residential construction project in Palm Beach County, to wit "Cielo".

1

# EXHIBIT D

918 586 0840          MPG HPG

Sep 11  2008 11 35AM                                        No 6985   P  9

5      Defendant, ALPHA-OMEGA CONTRACTORS, INC., is a Florida corporation
       authorized to do business in the State of Florida

6      At  all  times  material  herein,  the  Defendant,  ALPHA-OMEGA
       CONTRACTORS, INC., provided construction services, including drywall
       and framing installation, with respect to the residential construction project
       in Palm Beach County, to wit: "Cielo"

7      At all times material herein, Plaintiff, ROBERT WEST, was in the employ of
       Construction Services & Consultants, Inc ("CSCI, Inc ") and was performing
       services while a construction worker of Construction Services & Consultants,
       Inc. ("CSCI, Inc ") at the residential construction project in Palm Beach
       County, to wit  "Cielo"

8      Venue is proper in Palm Beach County, Florida since the cause of action
       accrued in Palm Beach County, Florida, and Defendants, LENNAR HOMES,
       LLC and ALPHA-OMEGA CONTRACTORS, INC., have or usually keep an
       office for transaction of its customary business in Palm Beach County,
       Florida

**COUNT I**

**CLAIM AGAINST DEFENDANT, LENNAR HOMES, LLC - NEGLIGENCE**

9      Plaintiffs, ROBERT and HILDIANA WEST, re-allege and re-aver the
       allegations contained in paragraphs 1 through 8, above, as if fully set forth
       herein.

10.    At all times material hereto, the Defendant, LENNAR HOMES, LLC, was the

2

owner and developer of the residential construction project, namely, "Cielo",
located in Palm Beach County, Florida.

11      At all times material hereto, the Defendant, LENNAR HOMES, LLC, had the

right to and did exercise control and/or assumed control over the means,

methods, sequences, scheduling, coordination and supervision of all aspects

of the residential construction project, namely, "Cielo", located in Palm

Beach County, Florida

12      At all times material hereto, the Defendant, LENNAR HOMES, LLC, as the

owner/builder of the residential construction project, namely, "Cielo", located

in Palm Beach County, Florida, had a legal duty to comply with all applicable

OSHA regulations, laws, ordinances, policies, procedures, techniques, and

building and construction standards.

13.     At all times material hereto, the Defendant, LENNAR HOMES, LLC, as the

owner/builder of the residential construction project, namely, "Cielo", located

in Palm Beach County, Florida, had a duty to provide a safe work place for

all persons employed to work on the residential construction project, namely,

"Cielo"

14      At all times material hereto, the Plaintiff, ROBERT WEST, was employed by

Construction Services & Consultants, Inc ("CSCI, Inc.") and was performing

services while a construction worker of Construction Services & Consultants,

Inc. ("CSCI, Inc.") on the residential construction project, namely, "Cielo",

and was owed the above-referenced duties by the Defendant, LENNAR

3

HOMES, LLC.

15   On or about March 16, 2006, the Plaintiff, ROBERT WEST, was on the premises performing the duties assigned to him with respect to the residential construction project, namely, "Cielo"

16   On or about March 16, 2006, the Plaintiff, ROBERT WEST, was working in building C-3, on the second floor, when he fell into an open, unguarded, unprotected floor opening that was earmarked to be a stairwell, suffering severe injuries to his heel, wrist, shoulder, and hands

17   The opening through which the Plaintiff, ROBERT WEST had fallen, had previously been protected by guard rails, and was otherwise marked with appropriate warnings   However, prior to the Plaintiff, ROBERT WEST, traversing the area in question, all of the guardrails and warnings had been removed and not replaced by the Defendant, LENNAR HOMES, LLC

18.  The Defendant, LENNAR HOMES, LLC, breached its duty of care by allowing and permitting the unfinished stairwell to be left unprotected, without warning, thereby creating an opening in the floor and exposing the Plaintiff, ROBERT WEST, to a serious fall hazard

19   The Defendant, LENNAR HOMES, LLC, further breached its duty of care through its agents and/or employees by failing to ensure that all appropriate guards, warnings, and coverings were applied to the area in question

20   The Defendant, LENNAR HOMES, LLC, also failed to adequately inspect the premises to ensure that it was suitable for its intended purpose, and

4

warn the Plaintiff, ROBERT WEST, of the hazards, risks and dangers associated with the unprotected opening in the flooring of the second floor in building C-3

21.  As a direct and proximate result of the Defendant's, LENNAR HOMES, LLC, negligence, the Plaintiff, ROBERT WEST, has suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical, nursing care and treatment, loss of earnings and loss of ability to earn money  The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future

WHEREFORE, Plaintiffs, ROBERT and HILDIANA WEST, demand judgment, plus costs, against Defendant/owners, LENNAR HOMES, LLC, and further demand trial by jury of all issues triable by right as a jury

## COUNT II

## CLAIM AGAINST DEFENDANT, LENNAR HOMES, LLC - LOSS OF CONSORTIUM

22.  Plaintiffs, ROBERT and HILDIANA WEST, hereby re-adopt and re-allege paragraphs 1 through 21, above, as if fully set forth herein.

23   At all times material hereto, the Plaintiff, HILDIANA WEST, was the wife of Plaintiff, ROBERT WEST,  and remains his wife

24   As a direct and proximate cause of the Defendant's, LENNAR HOMES, LLC, negligence, the Plaintiff, HILDIANA  WEST, has and will suffer the loss of her husband's services, consortium and the care and comfort of her society

5

WHEREFORE, Plaintiffs, ROBERT and HILDIANA WEST, demand judgment, plus costs, against Defendant, ALPHA-OMEGA CONTRACTORS, INC , and further demand trial by jury of all issues triable by right as a jury.

## COUNT III

### CLAIM AGAINST DEFENDANT, ALPHA-OMEGA CONTRACTORS, INC. - NEGLIGENCE

25      Plaintiffs, ROBERT and HILDIANA WEST, re-allege and re-aver the allegations contained in paragraphs 1 through 8 and 14 through 17, above, as if fully set forth herein.

26.     At all times material hereto, the Defendant, ALPHA-OMEGA CONTRACTORS, INC , agreed to provide construction services, including drywall and framing installation, with respect to the residential construction project, namely, "Cielo", located in Palm Beach County, Florida

27      At all times material hereto, the Defendant, ALPHA-OMEGA CONTRACTORS, INC , had a duty to exercise reasonable care with respect to the construction services rendered by the Defendant, ALPHA-OMEGA CONTRACTORS, INC  at the residential construction project, namely, "Cielo".

28      On or about March 16, 2006, the Defendant, ALPHA-OMEGA CONTRACTORS, INC , performed construction services inside building C-3 of the residential construction project, namely, "Cielo"

29.     On or about March 16, 2006, the Defendant, ALPHA-OMEGA

6

918 586 0840          MCG HOC                                        04:10:29 p.m.    02-24-2011      43/46

Sep 11  2008 11:36AM                                        No 6985    P 14

CONTRACTORS, INC, via its employees, agents and/or legal affiliates, removed the guardrails from the floor opening, in building C-3 of the residential construction project, namely, "Cielo", that was earmarked to be a stairwell.

30.    On or about March 16, 2006, the Plaintiff, ROBERT WEST, was on the premises performing the duties assigned to him with respect to the residential construction project, namely, "Cielo"

31.    On or about March 16, 2006, the Plaintiff, ROBERT WEST, was working in building C-3, on the second floor, when he fell into an open, unguarded, unprotected floor opening that was earmarked to be a stairwell, suffering severe injuries to his heel, wrist, shoulder, and hands

32    The opening through which the Plaintiff, ROBERT WEST had fallen, had previously been protected by guard rails, and was otherwise marked with appropriate warnings.  However, prior to the Plaintiff, ROBERT WEST, traversing the area in question, all of the guardrails and warnings had been removed and not replaced by the Defendant, ALPHA-OMEGA CONTRACTORS, INC.

33    The Defendant, ALPHA-OMEGA CONTRACTORS, INC, breached its duty of care by allowing and permitting the unfinished stairwell to be left unprotected, without warning, thereby creating an opening in the floor and exposing the Plaintiff, ROBERT WEST, to a serious fall hazard

34.    As a direct and proximate result of the Defendant's, ALPHA-OMEGA

7

918 586 0840                    Sep 11  2008 11 36AM                    No 6985   P 15

CONTRACTORS, INC., negligence, the Plaintiff, ROBERT WEST, has suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical, nursing care and treatment, loss of earnings and loss of ability to earn money. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiffs, ROBERT and HILDIANA WEST, demand judgment, plus costs, against Defendant, ALPHA-OMEGA CONTRACTORS, INC., and further demand trial by jury of all issues triable by right as a jury.

## COUNT IV

### CLAIM AGAINST DEFENDANT, ALPHA-OMEGA CONTRACTORS, INC. - LOSS OF CONSORTIUM

35     The Plaintiff, HILDIANA WEST, hereby re-adopts and re-alleges paragraphs 1 through 8, 14 through 17, and 25 through 34, above, as if fully set forth herein

36.    Plaintiff, HILDIANA WEST, was the wife of Plaintiff, ROBERT WEST, and remains his wife

37     As a direct and proximate cause of the Defendant's, ALPHA-OMEGA CONTRACTORS, INC , negligence, the Plaintiff, HILDIANA WEST, has and will suffer the loss of her husband's services, consortium and the care and comfort of her society.

WHEREFORE, Plaintiffs, ROBERT and HILDIANA WEST, demand judgment, plus

02/24/2011   4:11PM (GMT-06:00)

Sep 11 2008 11 36AM                           No 6985   P. 16

costs, against Defendant, ALPHA-OMEGA CONTRACTORS, INC., and further demand

trial by jury of all issues triable by right as a jury.

DATED THIS 11th day of September, 2008

> DOWNS BRILL WHITEHEAD
> Co-Counsel for Plaintiffs
> 1201 U S. Highway One
> Suite 403
> North Palm Beach, Florida 33408
> Telephone· (561) 694-5556
> Facsimile.  (561) 694-5558
>
> William M  Chapman, Esq.
> Florida Bar No. 0517461